FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALI
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

Case: 1:07-cv-01303
Assigned To : Leon, Richard J.
Assign. Date : 7/23/2007
Description: FOIA/PRIVACY ACT

VS.

THE, REGISTRATION UNIT,
(DEA) DRUG ENFORCEMENT ADMINISTRATION,
DEPARTMENT OF JUSTICE,
(DIRECTOR: )
POST OFFICE BOX 28083,
CENTRAL STATION, WASHINGTON, DC. 20005

AND, (DEA) DRUG ENFORCEMENT ADMINISTRATION
CHEMICAL OPERATIONS,
SECTION OFFICE OF DIVERSION CONTROL,
WASHINGTON, DC. 20537

RECEIVED
JUL - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

[1]

## COMPLAINT

THIS IS [A] COMPLAINT AND [A] DEMAND REQUEST FOR [A] TRIAL BY JURY FOR MONETARY DAMAGES AMOUNT OF, "SEVENTY FIVE" THOUSAND DOLLARS, ($75,000) AGAINST THEE, REGISTRATION UNIT, (DEA) DRUG ENFORCEMENT ADMINISTRATION, DEPARTMENT OF JUSTICE ("DIRECTOR") AND THE, (DEA) DRUG ENFORCEMENT ADMINISTRATION, "CHEMICAL OPERATIONS" IN REGARDS TO, "ATTORNEYS FEES", DEFENDANTS VIOLATED THEE, (FOIA) FREEDOM OF INFORMATION ACT, WHEN (PLAINTIFF-PETITIONER), WITH NUMEROUS CIVIL RIGHTS ACTIONS, CONSTITUTIONAL TORT, BIVENS ACTIONS ONGOING AGAINST, FEDERAL AND STATE GOVERNMENT OFFICIALS, ADMINISTRATIONS, DEPARTMENTS, ENTITIES, AND NOT RECEIVING PROMPT CASH CREDIT FOR PRO SE LITIGANTS, ALSO NOT BEING EMPLOYED, EX-FELON AFTER [A] LENGTHY ELEVEN YEARS PRISON SENTENCE., (I/HE) APPLIED FOR, "SPECIAL INSTRUCTION" IN REGARDS TO "DISPENSE", TO DELIVER [A] CONTROLLED SUBSTANCE TO AN ULTIMATE USER, CANNABIS SATIVA L., ALSO CANNABIS INDICA--LAM AND COCAINE, GRADE: (A+B) ONLY. THE SPECIAL INSTRUCTION REQUEST PERTAINING TO, REGISTRATION REQUIRMENTS, "ORDER FORMS" MATTER IN REGARDS TO, "OCCUPATIONAL TAX", "EXCISE TAX" FORMS". - - -

PRODUCTION QUOTAS FOR CONTROLLED SUBSTANCES, RECORDS AND REPORTS OF REGISTRATION FORMS.

"150-DAYS", (5) FIVE MONTHS HAVE PASTED FROM THE REQUEST FOR SUCH, "SPECIAL INSTRUCTION" WITHOUT [A] RESPOND FROM, THE DEFENDANTS OR THEIR REPRESENTATIVES. [P]URSUANT TO THE, U.S. FEDERAL CONST. AMEND+S. AND PROVISIONS., U.S.C.A. CONST. AMENDS, AND PROVISIONS ALSO ARTICLES AND PROVISIONS OF SAID CONSTITUTIONS., ALSO STATUTORY PROVISIONS AUTHORITY AND (CFR'S) CODE OF FEDERAL REGULATIONS, PLAINTIFF IS ENTITLED TO THE MONETARY DEMAND WITHIN THE COMPLAINT, AS STATED WITH [A] JURY TRIAL DEMAND REQUEST.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley Jr.
JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[3]

"I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ON THIS, 6TH MONTH, 25TH DAY, 2007TH YEAR.

CC/FILE
DATED: 6/25/2007
J.T. P-G (FED. ADOPT.) J.R.D, JR.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[4]

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
John T. Pickering-George

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
Drug Enforcement Administration

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-01303
Assigned To : Leon, Richard J.
Assign. Date : 7/23/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (If Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (If not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC § 552 (FOIA)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

DATE 7/23/07   SIGNATURE OF ATTORNEY OF RECORD: NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd