AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

For The _____  District of   COLUMBIA

JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
                    Plaintiff

V.

THE REGISTRATION UNIT, (DEA) -
DRUG ENFORCEMENT ADMINISTRATION,
DEPARTMENT OF JUSTICE,
                    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:   07 1303

FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR. declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? _____ Do you receive any payment from the institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment        ☐ Yes    ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments       ☐ Yes    ☒ No
   d. Disability or workers compensation payments          ☐ Yes    ☒ No
   e. Gifts or inheritances                                ☐ Yes    ☒ No
   f. Any other sources                                    ☐ Yes    ☒ No

   RECEIVED
   JUL - 2 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

[6]

3