UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN T. PICKERING-GEORGE     )
    Plaintiff,            )
                         )
                         )
v.                           )   CIVIL NO. 07-1303 (RJL)
                         )
DRUG ENFORCEMENT ADMINISTRATION)
    Defendant.            )

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____
Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238
Benton.Peterson@usdoj.gov

CERTIFICATE OF SERVICE

     I certify that on this 23rd day of July 2007, the foregoing was served upon Plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

SATNAM SINGH
NO. 79538
NORTHWEST STATE CORRECTIONAL FACILITY
Swanton, VT 05488

                                           _____
                                           BENTON G. PETERSON
                                           ASSISTANT UNITED STATES ATTORNEY