UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN T. PICKERING-GEORGE      )
     Plaintiff,                         )
                           )
                           )
v.                                    )      CIVIL NO. 07-1303 (RJL)
                           )
DRUG ENFORCEMENT ADMINISTRATION)
     Defendant.                         )

## DEFENDANT'S ANSWER

Defendant, Drug Enforcement Administration (DEA), answers the plaintiff's complaint as
follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

  Plaintiff is not entitled to an award of monetary relief or an award of attorneys' fees in this
case.

### FOURTH AFFIRMATIVE DEFENSE

  Plaintiff is not entitled to a jury trial in this matter.

### NATURE OF ACTION

To the extent that the Complaint attempts to make any claims under <u>Bivens v. Six Unknown
Agents</u> Defendant responds by stating that because no individual defendant is named and no
specific constitutional violation is identified, this matter cannot be maintained as a <u>Bivens</u> action.

### SPECIFIC DEFENSES

Defendant responds to the unnumbered paragraphs of the Complaint as follows:

**<u>First Unnumbered Paragraph</u>**: Defendant denies all legal allegations within the first

unnumbered paragraph of the Complaint, except to admit that Plaintiff alleges that he is owed

attorney fees pursuant to FOIA.   Defendant also denies the first unnumbered paragraph to the

extent that the  paragraph consists of Plaintiff's legal conclusions and characterizations

concerning the complaint that do not require answer.

**Second Unnumbered Paragraph:**   Defendant denies the second unnumbered paragraph of the

Complaint in its entirety.  Defendant avers further that Defendant has no record of a Freedom of

Information/Privacy Act (FOIA/PA) request from Plaintiff.

## PRAYER FOR RELIEF

To the extent that either paragraph contains Plaintiff's prayer for relief. Defendant denies that

plaintiff is entitled to the relief requested or any relief whatsoever.


Defendant denies each and every allegation in the Complaint not expressly admitted

in this Answer.  Defendant, having fully answered, respectfully request that this action be

dismissed with prejudice and that the Court grant such other and further relief as may be deemed

appropriate.


Respectfully Submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH  CONTRERAS, Bar # 434122
Assistant United States Attorney


_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney

Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**