UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN T. PICKERING-GEORGE, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-1303 (RJL)
)
REGISTRATION UNIT, DEA/DOJ *et al.*, )
)
Defendants. )

## ORDER

This matter is before the Court on defendants' answer to the complaint filed pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. FOIA actions are exempt from the requirements of Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f). Local Civil Rule 16.3(b)(9). Defendants assert affirmative defenses but have not indicated that a dispositive motion is forthcoming. Accordingly, it is

ORDERED that defendants shall file a dispositive motion by November 15, 2007.

Richard J. Leon
United States District Judge

Date: 10/7/07