To: THE, U.S. DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, D.C. 20001

DATE: 11/23/2007

**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: COURTS CLERK, NANCY MAYER WHITTINGTON

AND JUDGES CHAMBERS, U.S. DISTRICT JUDGE,

RICHARD J. LEON (RJL)

RE: "OPPOSITION, OBJECTION", TO DEFENDANTS MOTION

FOR SUMMARY JUDGMENT PURSUANT TO,

LOCAL RULE. 7 AND FRCP. RULE. 56(e),

DATED: 11/15/2007., CIVIL ACTION NO. 07-1303 (RJL)

JOHN T. PICKERING-GEORGE,

            PLAINTIFF,

V.

DRUG ENFORCEMENT ADMINISTRATION,

            DEFENDANT,

TRANSMITT To: ATTORNEY GENERAL OF UNITED STATES

    U.S. DEPARTMENT OF JUSTICE,

    950 PENNSYLVANIA AVENUE, N.W.

    WASHINGTON DC. 20530

[1]

TRANSMITT TO: OFFICE OF INSPECTOR GENERAL
U.S. DEPART OF JUSTICE,
CIVIL RIGHTS + CIVIL LIBERTIES COMPLAINTS
950 PENNSYLVANIA AVENUE, RMS: 3500 + 4322
WASHINGTON DC. 20535

TRANSMITT TO: UNITED STATES ATTORNEY,
JEFFEREY A. TAYLOR, DC. BAR # 498610
ASSISTANT U.S. ATTORNEY
RUDOLPH CONTRERAS, DC. BAR # 434122
AND BENTON G. PETERSON, BAR # 1029849
JUDICIARY CENTER BUILDING
555 4TH STREET, N.W. CIVIL DIVISION
WASHINGTON, DC. 20530

TRANSMITT TO: LEILA I. WASSOM
PARALEGAL SPECIALIST
OFFICE OF CHIEF COUNSEL
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, DC. 20537

[2]

TRANSMITT TO: "TORT BRANCH" CIVIL DIVISION,

DEPARTMENT OF TREASURY,

1500 PENNSYLVANIA AVE., N.W.

WASHINGTON DC. 20220

FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX N.Y. 10458

[N]ow HERE COMES PLAINTIFF,

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.,

PRO SE, "WITH MOTION", "IN OPPOSITION" TO THE

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PURSUANT TO, LOCAL RULE. 7 AND FRCP. RULE. 56(e).

THE DEFENDANT'S REPRESENTATIVES MOTION AND

MEMORANDUM IS WITHOUT MERIT.

******* "OPPOSITION", THE OPPOSITION BY PLAINTIFF

IS PURSUANT TO, FRCP. RULE. 56(a)(d)(f)(g), IN

REGARDS TO THE CONSTRUCTION OF SAID

FEDERAL RULE; WHICH HAVE BEEN ESTABLISH, — —

[3]

-- CELOTEX CORP-V- CATRETT: DIST. COL. 1986: -
- 477 U.S. 317-328, 317-318 "FACTS", 319-328 PROVIDING
AN, "ENHANCED CLAIM FOR THE CLAIMANT",
FRCP. RULE. 56(a). THERE IS ALSO THE MATTER
OF, CASE NOT FULLY ADJUDICATED ON MOTION",
FRCP. RULE. 56(d), (f). [T]HERE IS [A] "SUBSTANTIVE
QUESTIONS" THAT MUST BE REVIEWED,
ANDERSON -V- LIBERTY LOBBY-, INC.: DIST. COL. 1986: -
- 477 U.S. 242 -257, 242 -244 "FACTS", 244 -257

****** DEFENDANT CLAIM THAT THEY ARE
ENTITLED TO SUMMARY JUDGMENT BUT, IN
ACCORDANCE WITH, "EVIDENCE, WEIGHT OF EVIDENCE
AND CONFLICTING EVIDENCE", PLAINTIFF IS
MANDATED FOR SUMMARY JUDGMENT,
GUNNING -V- COOLEY: U.S. DIST. COL. 1930: 281 U.S. 90 -98, -
- 90 -91 #'s 1-3, 6 "FACTS", 91 -98 IN, THE "MATTER
OF EVIDENCE" AND "WEIGHT OF EVIDENCE".,

BEST -V- DISTRICT OF COL. 1934: - - -
- 291 U.S. 411 -420, 411 -413 "FACTS", 413 -420, WITHIN THE
BROAD RANGE OF, "CONFLICTING EVIDENCE" AND
WEIGHTMAN -V- CORPORATION OF WASHINGTON: - -
- U.S. DIST. COL. 1861: 66 U.S. 39 -53, 39 -45 "FACTS", 45 -53.

[4]

****** SEE: EXHIBIT: A , DATED: 9/27/2006, PROVIDING PROOF THAT THE DEFENDANTS WAS INDEED SERVED WITH PLAINTIFF'S REQUEST FOR [T]HE "SPECIAL INSTRUCTIONS APPLICATIONS" PURSUANT TO, 21 CFR § 1301.03 ., U.S. FEDERAL CONST. AMENDT. 1.., 5 U.S.C. ? 552 - FREEDOM OF INFORMATION ACT. (FOIA) .

ALSO PURSUANT TO,
21 U.S.C. ?? 802 (10)(16),(17)(a), 811, 812, 821, 822(a)-(f), 823, - -826, 827, 828(e) AND 26 U.S.C. ?? 4702-4900 "EXCISE TAX", CHAPTER 40. GENERAL PROVISIONS RELATING TO OCCUPATIONAL TAXES".

****** EXHIBIT: A , DATED: 9/27/2006, [P]AGES, - -#3, 4, AND 5 PROVING PLAINTIFF'S "DECLARATION UNDER THE PAINS AND PENALTIES OF PERJURY, ALSO "CERTIFICATE OF SERVICE" AND FINALLY, [T]HE PHOTO COPY OF THEE PLAINTIFF'S HOME ADDRESS IF MAIL WAS EVER TO BE RETURNED, ADDRESSED TO THEE, REGISTRATION UNIT, DRUG ENFORCEMENT ADMINISTRATION, DEPARTMENT OF JUSTICE, POST OFFICE BOX 28083, CENTRAL STATION, WASHINGTON D.C. 2000S, "ALREADY STAMPED" WITH POSTAGE" AND DATE PLAINTIFF DID MAIL OUT THE LEGAL MAIL, APPLICATION TO SAID ADMINISTRATION.

[5]

IN ACCORDANCE WITH, FRCP. RULE. 56(e) "FORM OF AFFIDAVITS, FURTHER TESTIMONY, DEFENSE REQUIRED".

* * * * * * DEFENDANT'S REPRESENTATIVES, "STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE", IS WITHOUT MERIT. PLAINTIFF'S EXHIBIT: B, DATED: 3/28/2007, (8) EIGHT PAGES TOTAL PROVIDING MEMORANDUM OF LAW IN REGARDS TO THE DEFENDANT'S ADMINISTRATION NOT RESPONDING AND PROVING LAW FOR ATTORNEYS FEE FOR NOT RESPONDING.

* * * * * * THE DEFENDANTS CLAIM OF THE DEA HAS NO RECORD OF RECEIPT OF [A] (FOIA) REQUEST FROM PLAINTIFF IS WITHOUT MERIT, SEE: EXHIBIT: A, DATED: 9/27/2006. DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT, CROOKER-V-UNITED STATES DEPT. OF TREASURY:-- - 663 F.2d 140 (1980) 141-142,

* * * * * * "PRETRIAL CONFERENCES, SHEDULING, MANAGEMENT MATTERS", PURSUANT TO, FRCP. RULE. 16(b) "SCHEDULING + PLANING" MUST BE ADDRESSED, UNITED STATES-V-HOUGHAN: 107 L ed 2d 480-491, 480-486 -"SUMMARY", 486-491 IN ACCORDANCE WITH, FRCP. RULES. 16,83,

[6]

PURSUANT TO, FRCP. RULE. 16(b)(1) [A] MOTION TO VACATE, DISMISSAL OF ACTION IS PROPERLY GRANTED UPON CONDITION THAT COUNSEL PAY $300 IN ATTORNEYS FEES AND $200 IN COST TO CLERK OF THE COURT, IN REGARDS TO, "FAILURE TO APPEAR AT PRETRIAL CONFERENCE",

BARSOUMIAN-V-SZOZDA:(1985, S.D.N.Y.): 108 FRD 426-427, - 426 "FACTS" 426-427  FAILURE TO GRANT SUCH AWARD WOULD BE IN CONFLICT WITH OTHER CIRCUIT COURTS ALSO " PRECEDENTS",

LINK-V-WABASH  R.Co.: 8 L Ed 2d 734-741, 734-736 "FACTS", -736-741  IN  REGARDS  To , ****** * FRCP. RULES. 16, 83 28 U.S.C-A. §§ 1654, 2701 ,


****** [B]ECAUSE  THE  MATTER  ENCLOSED  IS  AN OPPOSITION  AGAINST  DEFENDANTS , ANY "FAILURE TO ATTEND  CONFERRENCE  OR  HEARING " ARE  REVIEWED, UNITED   STATES-V- HVASS: 2 L Ed 2d 496-502, 496-498 "FACTS", - 498-502 ,  FRAZIER-V- HEEBE (US) 96 L Ed 2d 557-568, - - 557-563 "FACTS", 563-568    AND

LINK-V-WABASH  R. Co.:(1962): 8 L Ed 2d 734-741, 734-736 "FACTS" -736-741 .


FRCP. RULE-26(f)(1)(2)(3)(4)(5) "GENERAL  PROVISIONS GOVERNING  DISCOVERY", DISCOVERY  CONFERENCE", PURSUANT  TO,  FRCP. 37(b)(2)(B), (C), (D)    SANCTIONS

[7]

IMPOSED FOR VIOLATIONS. ******* "MOTIONS FOR SANCTIONS, MOTION FOR DEFAULT" AGAINST DEFENDANTS, FRCP. RULES. 11, 26(g), 37(b), 55(b)(2).
PERKINSON-V-HOOLIHAN'S : DC. Dist. Colo.1985 : — —
— 108 FRD 667-686, 667 "FACTS", 667-686

******* [A] REVIEW OF, FRCP. RULE. 26 et. seq., IS WARRANTED, HERBERT-V-LANDO; 60 Led 2d 115-135, 115-121-"SUMMARY", 121-135. ALSO
UNITED STATES-V-PROCTER + GAMBLE Co. : — —
— 2 Led 2d 1077-1086, 1077-1079 "FACTS", 1079-1086 AND
HICKMAN-V-TAYLOR :(1947): 91 Led 451-470, 451-455 FACTS + -
-ARGUMENTS, 455-464   ANNOTED   91 Led 467-470
(CIVIL MATTERS)

******* "ADDITIONAL DISCOVERY, DEPOSITIONS MOTIONS, MATTERS" IN ACCORDANCE WITH "SCOPE OF EXAMINATION", "ORDER AND EXAMINATION" PURSUANT TO, FRCP. RULES. 27(a)(3), 30(b), 34, 35 AND
28 U.S.C.A. § 1291, MARTIN-V-REYNOLDS METALS CORP:—
— 297 F2d 49-57 (9TH CIR. 1961) 49-51 "FACTS", 123-124,
ALSO, PETITION OF INGERSOLL-RAND Co.: — —
—35 FRD 122-124, 122-123 "FACTS", 123-124 "REHEARING GRANTED", 35 FRD 568 AND IN ACCORDANCE WITH, FRCP. RULE. 26, 33, 34. 28 U.S.C.A.
HICKMAN-V-TAYLOR: U.S. Pa.1947: 91 Led 467-470

[8]

"USE OF TESTIMONY", EVIDENCE", DEPOSITIONS - OTHER
ACTIONS BETWEEN DIFFERENT PARTIES" MATTER
MUST BE REVIEWED,
GRANT BROS. CONST. -V- UNITED STATES: U.S. ARIZ. 1914 : --
- 232 U.S. 647-665, 647-656 "FACTS - ARGUMENT", 656-665
IN WHICH ARE APART OF PRETRIAL PROCESS AND
PROCEDURES, YEATON -V- FRY: 9 U.S. 335-343, 335-341 "FACTS",
- 341 - 343 AND
MARINE INS. CO. OF ALEXANDRIA - V - HODGSON: U.S. DIST. COL. 1810:
- 6 CRANCH 206 - 221, 206 - 217 "FACTS - ARG+", 217 - 221
PURSUANT TO, FRCP. RULES. 26, 33, 34, 28 U.S.C.A.


[T]HE, MATTER OF, "FAILURE TO APPEAR OR TESTIFY
ALSO DEFENDANT'S PRE-TRIAL MOTION TO STRIKE
OR DISMISS THE COMPLANT, "PRECLUSION OF EVIDENCE"
AND "DEFAULT JUDGMENT" MUST BE REVIEWED AND
ADDRESSED, PURSUANT TO, FRCP. RULES. 26(b), 33, 34, 35(b), 2
- 36, 37(b)(2)(iii),
SHER -V- DE HAVEN: DIST. OF COLO. 1952: 199 F.2d 777-782, -
- 777 - 779 "FACTS", 779 - 782


"ORDER COMPELLING ANSWER", DEFENDANTS MUST
RESPOND TO JUDGES COURT ORDER PURSUANT
TO, FRCP. RULES. 8, 12 (e), (26, 26-37), 30(b), 37(a),
O'DONNELL -V- BREUNINGER : DC. D.C. 1949 : - - -
- 9 F.R.D. 245 - 248, 245-246 "FACTS", 246-248 .,

[9]

IN ACCORDANCE WITH, FRCP. RULES. 1 et. seq.., 26(b)(d)-
-(2), 30(d), 37 WHICH INCLUDES "REASONABLE
EXPENSES", INCURRED IN OBTAINING THIS ORDER,
INCLUDING REASONABLE ATTORNEY'S FEES,
BANCO NACIONAL De CREDITO EJIDAL, J.A. V- BANK OF
AMERICA NAT. TRUST: (U.S. DIST. COURT. N.D. CAL, S.D. 1951):-
- 11 F.R.D. 497-500, 497-498 "FACTS", 498-500   AND PURSUANT
TO, FRCP. RULES. 37(a), 28 U.S.C.A. AND
U.S. DIST CT. RULES DC. LOCAL RULE. 4(b), PLAINTIFF IS
PRO SE IN THE ENCLOSED "ACTION",
KEOGH-V-PEARSON: 35 F.R.D. 20-24, 20-21 "FACTS", 21-24

* * * * * * "PAYMENT OF EXPENSES", "ATTORNEY FEES
PAYMENT OF ARE ONE OF THE MAJOR REASON FOR
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AGAINST
DEFENDANTS FOR "NOT RESPONDING",
11 F.R.D. 497-500, 497-498 "FACTS", 498-500   PURSUANT TO,
FRCP. RULES. 1 et. seq.., 26(b)(d)(2), 30(d), 37 WHICH
INCLUDES "REASONABLE EXPENSES" ~~incurred~~ INCURRED
IN OBTAINING THIS ORDER, INCLUDING "REASONABLE
ATTORNEY'S FEES" AND IN ACCORDANCE WITH,
FRCP. RULES. 26(b)(1), 30(c), 37(a)(4) "ATTORNEY'S FEES
AND COSTS" IS MANDATED,
91 FRD. 277-280, 277-278 "FACTS", 278-280

[10]

"CONTEMPT", FOR FAILURE ANSWER CERTAIN DISCOVERY QUESTIONS AND SANCTIONS OF DEFAULT BEING ENTERED PURSUANT TO, U.S. FED. CONST. AMEND 5., FRCP. RULES. 26(b)(1), 37(b), 55(b)(2), 69, 28 U.S.C.A. BAKER-V-LIMBER: 647 F.2d 912-920, 912-914 "FACTS", 914-920

FINALLY, "DOCUMENTS, EXAMINATION INVOLVING", PLAINTIFF'S EXHIBITS HAVE BEEN PRESENTED TO THE COURT, AND ENHANCES THE ALLEGATIONS AGAINST THE DEFENDANTS, HOFFMAN-V- PALMER: 129 F.2d 976 AFF'D 87 LEd 645-653, 645-648 "FACTS", 648-653 •, DREW-V- INTERNATIONAL BROTH OF SULPHATE AND PAPER - MILL WORKERS: U.S. Dist. Ct., Dist. of Col. 1965: - - - - - 37 F.R.D. 446-450, 446-447 "FACTS", 447-450 ALSO HICKMAN-V-TAYLOR: U.S. Pa. 1947: 91 LEd 451-470, 451-455 "FACTS - - ARGUMENTS", 455-464 ANNOTED 91 LEd 467-470 AND

BECAUSE THE DOCUMENTS ARE EXHIBITS, THEY MUST BE REVIEWED, WADE-V-Le ROY: 15 LEd 813-816, 813-815 "FACTS-ARG.", 815-816 "EVIDENCE", UNITED STATES -V- RUMELY: U.S. Dist. Col. 1953: - - - 345 U.S. 41-48, 41-42 "FACTS", 42-48. DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT.

[11]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED MATTER IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION,

ON THIS, 11TH MONTH, 23RD DAY, 2007TH YEAR.

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FED. ADOPT.) John R. Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR

PRO SE

CC/FILE

DATED: 11/23/2007

J.T.P-G (FED. ADOPT.) J.R.D, JR.

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[12]

# CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOAN R. DALEY, JR.,
PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR),
OF, 11TH MONTH, 23RD DAY, 2007TH YEAR. "DID" (MAIL/SERVE) THE
ENCLOSED MATTER IN REGARDS TO, "OPPOSITION, OBJECTION"
TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT, PURSUANT TO
LOCAL RULE.7 @ FRCP. RULE.56(e), DATED: 11/15/2007;
CIV. ACT. No. 07-1303 (RJL)


[T]O THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA,
333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, COURTS
CLERK, NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED"
TO THEE ADMINISTRATIONS, DEPARTMENTS ENCLOSED ON PAGES:
1,2,3. OF THIS MATTER, ******* BECAUSE OF PLAINTIFFS
"INDIGENCY," US. FEDERAL CONST. AMENDTS. 1,5,14,&,5 DUE PROCESS
+ GARUNTEED DUE PROCESS, ORTWEIN-V-SCHWAB: - - -
-35 LEd 2d 834-837., BODDIE-V-CONNECTICUT: 401 US. 371
CONFORMED TO .329 F. SUPP. 844. PRO SE PARTY RECORD FOR EACH
PARTY, (BY HAND/BY REGULAR MAIL).

RESPECTFULLY SUBMITTED,

John T. Pickering-George (Fed Adopt.) John R-Daley, Jr.

JOHN T. PICKERING-GEORGE (PRO ADOPT.) JOHN R. DALEY, JR.

PRO SE /2126 DECATUR AVE. APT. #3

BRONX N.Y. 10458

CC/FILE

DATED: 11/23/2007

J.T. P.G. (ADOPT.) J.R.D., JR.

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 28]

[MAILED OUT ON: 11/23/2007]






LEGAL MAIL

TO: COURTS CLERK NANCY MAYER WHITTING TON

TO: THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 28]

[MAILED OUT ON: 11/23/2007]

TO: ATTORNEY GENERAL OF UNITED STATES
U.S. DEPARTMENT OF JUSTICE,
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON D.C. 20530



LEGAL MAIL

# EXHIBIT: A

TO: THE, REGISTRATION UNIT,
  DRUG ENFORCEMENT ADMINISTRATION,
  DEPARTMENT OF JUSTICE,
  POST OFFICE BOX 28083,
  CENTRAL STATION, WASHINGTON, DC. 20005

RE: "SPECIAL INSTRUCTIONS APPLICATIONS"
  21 CFR § 1301.03

FROM: JOHN T. PICKERING-GEORGE
  (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
  PRO SE (PLAINTIFF/PETITIONER-APPELLANT)
  18 HINESDALE LANE
  WILLINGBORO, NJ 08046

DATE: 9/27/2006

[1]

Now Comes, THE ENCLOSED NAMED

APPLICANT, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) John R. DALEY, JR

IN MOTION OF REQUEST, IN REGARDS TO

SPECIAL INSTRUCTIONS APPLICATIONS, PURSUANT

TO, 21 CFR § 1301.03. APPLICANT IS IN

REQUEST, PURSUANT TO, 21 CFR § 1307.3,

21 CFR §§ 1301.31, 1301.33, 1312.28, 1301.41,

-1301.42. [I]N ACCORDANCE WITH THEE,

CODE OF FEDERAL REGULATIONS, (APPLICANT,

PLAINTIFF / PETITIONER-APPELLANT) AWAITS. [A] RAPID

RESPONSE BY SAID ADMINISTRATION.

RESPECTFULLY SUBMITTED

John T. Pickering-George (FED. ADOPT.) John R. Daley Jr

John T. Pickering George (FED. ADOPT.) John R. Daley, Jr

[2].

I, John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr, DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE ENCLOSED MATTER IS TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION. ON THIS, 9TH MONTH, 27TH DAY, 2006TH YEAR.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, JR.

PRO SE

18 HINESDALE LANE

WILLINGBORO, NJ. 08046

CC/FILE
DATED: 9/27/2006
J.T. P.G. a/k/a J.R.D.Jr.

[3]

<u>CERTIFICATE   OF   SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
HEREBY CERTIFY THAT THIS DAY [A] TRUE
COPY OF THE ENTITLED WITHIN, DOCUMENTS, (WAS/WERE)
SERVED TO THE, REGISTRATION UNIT, DRUG
ENFORCEMENT ADMINISTRATION, DEPARTMENT OF JUSTICE,
POST OFFICE BOX 28083, CENTRAL STATION,
WASHINGTON, DC. 20005. ON THIS, 9TH MONTH,
27TH DAY, 2006TH YEAR. THE, (APPLICANTS/ PLAINTIFF'S/
PETITIONER~APPELLANTS) RECORDS FOR EACH PARTY BY
MAIL / BY HAND / BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,
John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.
JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
CC/FILE
DATED: 9/27/2006          PRO SE
J.T.P-G (FED. ADOPTED) J.R.D,JR.    18 HINESDALE LANE
WILLINGBORO, NJ. 08046

[4]

From: John T. Pickering - George
(About) John R. Dudley Jr.
18 Huestones Lane
Willingboro, N.J. 08046

LEGAL MAIL



To: The Registration Unit,
Drug Enforcement Administration
Department of Justice,
Post Office Box 28083,
Central Station, Washington, D.C. 20005

[Number of Pages: 5]

[Mailed out on: 9/29/2006.]

[5]

# EXHIBIT: B

TO: THE, U.S. DISTRICT COURT,                    DATE: 3/28/2007

FOR THE DISTRICT OF COLUMBIA

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, DC. 20001

TO: COURTS CLERK, NANCY MAYER WHITTINGTON

RE: FAILURE TO RESPOND, TO PETITIONERS, PETITION FOR,

"SPECIAL INSTRUCTION", ADDRESSED TO THE DRUG ENFORCEMENT

ADMINISTRATION CHEMICAL OPERATIONS SECTION OFFICE OF

DIVERSON CONTROL WASHINGTON, DC. 20537. ., VIOLATION

OF, 21 CFR § 1309.03, 5 U.S.C.A. § 552(a)(4)(E).,

28 U.S.C.A. §§ 2412, 2414., U.S. FEDERAL Const. Art. I, § 8, cl. 1.,

U.S. FEDERAL Const. Art. I, § 9, cl. 7.,

RANSMITT | TO: THE DRUG ENFORCEMENT ADMINISTRATION CHEMICAL OPERATIONS

SECTION OFFICE OF DIVERSON CONTROL,

WASHINGTON, DC. 20537

TRANSMITT | TO: U.S. DEPARTMENT OF JUSTICE

ATTORNEY GENERAL

950 PENNSYLVANIA AVE., N.W.

WASHINGTON, DC. 20530.

[NUMBER OF PAGES: 8 ]

[1]

TRANSMITT TO: DEPARTMENT OF TREASURY

AND THE TORT BRANCH, CIVIL DIVISION

1500 PENNSYLVANIA AVE. N. W.

WASHINGTON, D.C. 20220


FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR

PRO SE

2726 DECATUR AVE. APT. #3

BRONX, NY 10458


[N]OW HERE COMES, (PLAINTIFF-PETITIONER),

JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,

(D.O.O -12/23/63), UNITED STATES VIRGIN ISLANDS, CHARLOTTE

AMALIE, ST. THOMAS, U.S. FEDERAL CONST. AMENDT. 5, 14.1, 5,

GARUNTEED DUE PROCESS OF [A] CITIZEN, AND PRO SE AND

"MOTIONS" TO THE COURT, IN REGARDS TO, GOVERNMENT NOT

RESPONDING TO, (PLAINTIFF-PETITIONER) PETITION


FOR "SPECIAL INSTRUCTIONS", IN ACCORDANCE WITH,

21 CFR § 1309.03, IN VIOLATION OF,

U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 ., . . . . ,

U.S. FEDERAL CONST. ART. I, § 8, Cl. 1 ., . . . . . . ,

U.S. FEDERAL CONST. ART. I, § 9, Cl. 7., 5 U.S.C.A. § 552(a)(4)(E),

28 U.S.C.A. §§ 2412, 2414,

[2]

******* [P]URSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14. 4 5., GOVERNMENT SHALL NOT ABRIDE OR SUPPRESS SPEECH, AND THE PRESS, LIBERTY IN TREST, "DUE PROCESS, GARUNTEED DUE PROCESS", "CONSTITUTIONAL RIGHTS", SUPPRESSION OF SPEECH, PRESS, REGULATION MUST BE NARROWLY TAILORED TO SERVE SIGNIFICANT GOVERNMENTAL INTEREST AND LEAVE OPEN AMPLE ALTERNATIVE FOR COMMUNICATION OF INFORMATION, 21 CFR § 1309.03 "CODE OF FEDERAL REGULATIONS"

U.S. FEDERAL CONST. AMENDT. 1., 28 U.S.C.A. §§ 1331, 1367(a)., 18 U.S.C.A. §§ 241, 242 "UNDER COLOR OF LAW"., 5 U.S.C.A. § 552 (a)(4)(E) (FOIA) FREEDOM OF INFORMATION ACT. (PLANTIFF-PETITIONER) "DID NOT", RECEIVE ANY RESPONSE (120 DAYS) HAVE PAST AFTER "FILING" THE REQUEST FOR, "SPECIAL INSTRUCTIONS", 21 CFR § 1309.03., 5 U.S.C.A. § 552 (a)(4)(E) - - (FOIA) FREEDOM OF INFORMATION ACT, NEVER RECEIVED ANY "RESPONSE STATUS", ******* ......, CROOKER -V- UNITED STATES DEPT. OF TREASURY: - - - 663 F.2d 140 (1980) 141-142, PRO SE PLANTIFF-PETITIONER. "MOTIONS" FOR "ATTORNEY FEES" FOR FAILURE TO RESPOND, FOR THE SUM OF, $ 75,000 "SEVENTY FIVE THOUSAND DOLLARS",

[3]

\*\*\*\*\*\* "MANDATED", BECAUSE "THE FEDERAL GOVERNMENT AND ITS AGENCIES" ARE NOT IMMUNE FROM SUIT PURSUANT TO, US, FEDERAL CONST. AMENDS. 1, 5, 14.1, 5., U.S.C.A. CONST. AMENDS., . . . . . .

LYNCH -V- UNITED STATES: 292 U.S. 571-589, 571-572 "INDEX", CONCLUSION: 589

AND, SABRI -V- UNITED STATES: 541 U.S. 600-610, 600-602, 602-610, CONCLUSION: 608-610, U.S. FEDERAL CONST. ART. I, § 8, cl. 1., U.S. FEDERAL CONST. ART. I, § 8, cl. 18., U.S.C.A. CONST. AMEND. ART,

\*\*\*\*\*\* "PUBLIC MONEYS", U.S. FEDERAL CONST. ART. I, § 8, cl. 1., "APPROPRIATIONS CLAUSE", U.S. FEDERAL CONST. ART. I, § 9, cl. 7., U.S.C.A. CONST. AMEND. ART. AND 28 U.S.C.A. §§ 2412, 2414. [B]Y NOT RESPONDING, IN REGARDS TO [A] PETITIONERS, PETITION TO THEE, BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES, (BATFE), ILLINIOS -V- ABBITT + ASSOCIATES, - INC: 75 L Ed 2d 281-923, 281-282 "SUMMARY" APPLIES TO SUIT AGAINST OTHER OFFICIALS, . . . .

NATHAN -V- ATTORNEY GENERAL OF UNITED STATES: - - - 557 F. SUPP. 1186 (1983) AT # 1187-1190, CONCLUSION: 1190 - - 1191, ATTORNEY GENERAL REFUSAL TO INVESTIGATE, TO FORCE, ATTORNEY GENERAL TO CARRY OUT HIS STATUTORY DUTIES IN GOVERNMENT ACT. . . . . . .

[4]

"ETHICS IN GOVERNTAL ACTS", . . . . .
IN RE CERTAIN COMPLAINS UNDER INVESTIGATION : - - -
783 F.2d 1488, 1505-1515, 1515-1516 ( C.A. 11, 1986 ),
CONCLUSION : 1525 - 1526 .

* * * * * * * THE GOVERNMENT HAS THE RESPONSIBILITY,
SPECIAL RESPONSIBILITY TO ENSURE THE INTEGRATY
OF CIVIL + CRIMINAL "PROCESS" BY LIVING UP TO THE
"CODE OF PROFESSIONAL ETHICS" AND "FAIR PLAY" AT
"ALL TIMES", "MANDATORY INJUNCTION AFFIRMATIVE
INJUNCTION, "GOVERNMENT PROPRITY CAPACITY", PURSUANT
TO, U.S. FEDERAL CONST. ART. 3, 3 1 CONGRESS SUIT
AGANST THE STATE, U.S. FEDERAL CONST. ART. I., §8 cl. 18
" SWEEPING CLAUSE ".

* * * * * * * DENIAL OF ACCESS TO THE COURT VIOLATION
BY NOT RESPONDING PURSUANT TO,
U.S. FEDERAL CONST. ART. 4, § 2, cl. 1, . . . . - - -
U.S. FEDERAL CONST. CONST. AMEND'T S. 1, 5, 14.1.5,
GOVERNMENT IS NOT IMMUNE FROM SUIT. "CONSTITUTIONAL
CLAIMS", ANY ACT OF CONGRESS OR ANY REGULATION
OF EXECUTIVE DEPARTMENT CONGRESS WAIVED SOVERIGN
IMMUNITY, THE FEDERAL GOVERNMENT DEFENSE, . . . . . . .
UNITED STATES - V - MITCHEL : 463 U.S. 206, 212 - 218 (1983)
AND BOWEN - V - MASSACHUSETTS : 487 U.S. 879, 891 - 892 .

[5]

ENCLOSING PLANTIFF-PETITIONER PRAYS FOR THE, ENCLOSED MEMORANDUM OF LAW TO BE GRANTED AND THE DISBURSMENT OF MONETARY DEMAND, PURSUANT TO THE MANDATED AUTHORITY IN ACCORDANCE WITH THE MEMORANDUM OF LAW.

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., DECLARE UNDER THE PAIRS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR

CC/FILE

DATED: 3/28/2007

J.T. P-G (FED. ADOPT.) J.R.D, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[6]

<u>CERTIFICATE OF SERVICE</u>

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,

<u>PRO SE</u>, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR),

OF, <u>3RD</u> MONTH, <u>28TH</u> DAY, <u>2007TH</u> YEAR. "DID" (MAIL/SERVE) THE

ENCLOSED MATTER IN REGARDS TO, FAILURE TO RESPOND,

TO PLAINTIFF-PETITIONERS, PETITION FOR "<u>SPECIAL INSTRUCTION</u>",

ADDRESSED TO THE DRUG ENFORCEMENT ADMINISTRATION

CHEMICAL OPERATIONS SECTION OFFICE OF DIVERSON

CONTROL WASHINGTON, DC. 20537 · ·,


[T]O THE U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA,

333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS

CLERK, NANCY MAYER WHITTINGTON <u>AND</u> TO BE "<u>TRANSMITTED</u>"

TO THEE, (DEA) CHEMICAL OPERATIONS SECTION OFFICE OF DIVERSON

CONTROL WASHINGTON, DC. 20537. <u>AND</u> ANY OTHER ADMINITRATIONS,

* * * * * * BECAUSE OF PLAINTIFF-PETITIONERS "<u>INDIGENCY</u>",

U.S. FEDERAL CONST. AMENDTS. 1, 5, <u>14.1, 5</u> DUE PROCESS + GARUNTEED

DUE PROCESS {14 §§ 1, 5}, {14 § 5}, ORTWEIN-V-SCHWAB: - - - -

· 35 L Ed 2d 834 - 837 ·, BIDDIE -V- CONNECTICUT : <u>401 U.S. 371</u> CONFORMED

TO, <u>329 F. SUPP. 844</u> · <u>PRO SE</u> PARTY RECORD FOR EACH PARTY, (BY HAND/BY

· REGULAR MAIL).


                                RESPECTFULLY SUBMITTED,

CC/FILE                         John T. Pickering-George (FED ADOPT.) John R. Daley, Jr.

DATED: 3/28/2007                <u>PRO SE</u> / 2726 DECATUR AVE. APT. #3

J.T. P-G. (FED ADOPT.) J.R.D, JR.       BRONX. NY. 10458

                [7]

# LEGAL MAIL

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. # 3
BRONX NY. 10458

[NUMBER OF PAGES: 8]

[MAILED OUT ON: 3/28/2007]

To: COURTS CLERK, NANCY MAYER WHITTINGTON
To: THE, U.S. DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001