To: THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

DATE: 11/23/2007

**RECEIVED**

DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: COURTS CLERK, NANCY MAYER WHITTINGTON
AND JUDGES CHAMBERS, U.S. DISTRICT JUDGE,
RICHARD J. LEON (RJL)

RE: "OPPOSITION, OBJECTION", TO DEFENDANTS MOTION
FOR SUMMARY JUDGMENT PURSUANT TO,
LOCAL RULE. 7 AND FRCP. RULE. 56(e),
DATED: 11/15/2007., CIVIL ACTION NO. 07-1303 (RJL)

JOHN T. PICKERING-GEORGE,
                    PLAINTIFF,
V.
DRUG ENFORCEMENT ADMINISTRATION,
                    DEFENDANT,

TRANSMITT TO: ATTORNEY GENERAL OF UNITED STATES
        U.S. DEPARTMENT OF JUSTICE,
        950 PENNSYLVANIA AVENUE, N.W.
        WASHINGTON DC. 20530

[1]

TRANSMITT TO: OFFICE OF INSPECTOR GENERAL

U.S. DEPART OF JUSTICE,

CIVIL RIGHTS + CIVIL LIBERTIES COMPLAINTS

950 PENNSYLVANIA AVENUE, RMS: 3500 + 4322

WASHINGTON DC. 20535


TRANSMITT TO: UNITED STATES ATTORNEY,

JEFFEREY A. TAYLOR, DC. BAR # 498610

ASSISTANT U.S. ATTORNEY

RUDOLPH CONTRERAS, DC. BAR # 434122

AND BENTON G. PETERSON, BAR # 1029849

JUDICIARY CENTER BUILDING

555 4TH STREET, N.W. CIVIL DIVISION

WASHINGTON, DC. 20530


TRANSMITT TO: LEILA I. WASSOM

PARALEGAL SPECIALIST

OFFICE OF CHIEF COUNSEL

DRUG ENFORCEMENT ADMINISTRATION

WASHINGTON, DC. 20537

[2]

- - CELOTEX CORP-V-CATRETT: DIST. Col. 1986: -
- 477 U.S. 317-328, 317-318 "FACTS", 319-328 PROVIDING
AN, "ENHANCED CLAIM FOR THE CLAIMANT",
FRCP. RULE. 56(a). THERE IS ALSO THE MATTER
OF, CASE NOT FULLY ADJUDICATED ON MOTION",
FRCP. RULE. 56(d), (f). [T]HERE IS [A] "SUBSTANTIVE
QUESTIONS" THAT MUST BE REVIEWED,
ANDERSON-V-LIBERTY LOBBY-, INC.: DIST. Col. 1986: -
- 477 U.S. 242-257, 242-244 "FACTS", 244-257

* * * * * * DEFENDANT CLAIM THAT THEY ARE
ENTITLED TO SUMMARY JUDGMENT BUT, IN
ACCORDANCE WITH, "EVIDENCE, WEIGHT OF EVIDENCE
AND CONFLICTING EVIDENCE", PLANTIFF IS
MANDATED FOR SUMMARY JUDGMENT,
GUNNING-V-COOLEY: U.S. DIST. Col. 1930; 281 U.S. 90-98, -
- 90-91 #'s. 1-3,6 "FACTS", 91-98 IN, THE "MATTER
OF EVIDENCE" AND "WEIGHT OF EVIDENCE".,

BEST-V-DISTRICT OF COL. 1934: - - -
- 291 U.S. 411-420, 411-413 "FACTS", 413-420, WITHIN THE
BROAD RANGE OF, "CONFLICTING EVIDENCE" AND
WEIGHTMAN-V-CORPORATION OF WASHINGTON: - -
- U.S. DIST. Col. 1861: 66 U.S. 39-53, 39-45 "FACTS", 45-53.

[4]

****** SEE: EXHIBIT: A , DATED: 9/27/2006,
PROVIDING PROOF THAT THE DEFENDANTS WAS
INDEED SERVED WITH PLAINTIFF'S REQUEST
FOR [T]HE ,"SPECIAL INSTRUCTIONS APPLICATIONS"
PURSUANT TO, 21 CFR § 1301.03 .,
U.S. FEDERAL CONST. AMENDT. 1.., 5 U.S.C. § 552 -
FREEDOM OF INFORMATION ACT. (FOIA).

ALSO PURSUANT TO,
21 U.S.C. §§ 802(10)(16),(17)(0), 811, 812, 821, 822(a)-(f), 823,-
    -826, 827, 828(e)   AND  26 U.S.C.§§ 4702-4900
"EXCISE TAX", CHAPTER 40. GENERAL PROVISIONS
RELATING TO OCCUPATIONAL TAXES".

****** EXHIBIT: A , DATED: 9/27/2006, [P]AGES,-
-#3,4, AND 5  PROVING PLAINTIFF'S "DECLARATION
UNDER THE PAINS AND PENALTIES OF PERJURY,
ALSO "CERTIFICATE OF SERVICE" AND FINALLY, [T]HE
PHOTO COPY OF THEE PLAINTIFF'S HOME ADDRESS
IF MAIL WAS EVER TO BE RETURNED,
ADDRESSED TO THEE, REGISTRATION UNIT, DRUG
ENFORCEMENT ADMINISTRATION, DEPARTMENT OF
JUSTICE, POST OFFICE BOX 28083, CENTRAL
STATION, WASHINGTON D.C. 20005, "ALREADY STAMPED"
"WITH POSTAGE" AND DATE PLAINTIFF DID MAIL OUT
THE LEGAL MAIL, APPLICATION TO SAID ADMINISTRATION

[5]

IN ACCORDANCE WITH, FRCP. RULE. 56(e) "FORM OF AFFIDAVITS, FURTHER TESTIMONY, DEFENSE REQUIRED".

****** DEFENDANT'S REPRESENTATIVES, "STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE", IS WITHOUT MERIT. PLANTIFF'S EXHIBIT: B, DATED: 3/28/2007, (8) EIGHT PAGES TOTAL PROVIDING MEMORANDUM OF LAW IN REGARDS TO THE DEFENDANT'S ADMINISTRATION NOT RESPONDING AND PROVING LAW FOR ATTORNEYS FEE FOR NOT RESPONDING.

****** THE DEFENDANTS CLAIM OF THE DEA HAS NO RECORD OF RECEIPT OF [A] (FOIA) REQUEST FROM PLAINTIFF IS WITHOUT MERIT, SEE: EXHIBIT: A, DATED: 9/27/2006. DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT, CROOKER-V-UNITED STATES DEPT. OF TREASURY: -- - 663 F.2d 140 (1980) 141-142,

****** "PRETRIAL CONFERENCES, SHEDULING, MANAGEMENT MATTERS", PURSUANT TO, FRCP. RULE. 16(b) "SCHEDULING + PLANING" MUST BE ADDRESSED, UNITED STATES -V- HOUGHAN: 107 L ED 2d 480-491, 480-486 -"SUMMARY", 486-491 IN ACCORDANCE WITH, FRCP. RULES. 16, 83,

[6]

PURSUANT TO, FRCP. RULE. 16(b)(1) [A] MOTION TO VACATE, DISMISSAL OF ACTION IS PROPERLY GRANTED UPON CONDITION THAT COUNSEL PAY $300 IN ATTORNEYS FEES AND $200 IN COST TO CLERK OF THE COURT, IN REGARDS TO, "FAILURE TO APPEAR AT PRETRIAL CONFERENCE", BARSOUMIAN-V-SZOZDA : (1985, S.D. N.Y.): 108 FRD 426-427, - 426 "FACTS" 426-427 FAILURE TO GRANT SUCH AWARD WOULD BE IN CONFLICT WITH OTHER CIRCUIT COURTS ALSO "PRECEDENTS", LINK-V-WABASH R. Co.: 8 LEd 2d 734-741, 734-736 "FACTS", - 736-741 IN REGARDS TO, ****** FRCP. RULES. 16, 83 28 U.S.C.A. ?? 1654, 2701,

****** [B]ECAUSE THE MATTER ENCLOSED IS AN OPPOSITION AGAINST DEFENDANTS, ANY "FAILURE TO ATTEND CONFERRENCE OR HEARING" ARE REVIEWED, UNITED STATES-V-HVASS: 2 LEd 2d 496-502, 496-498 "FACTS", - 498-502, FRAZIER-V-HEEBE (US): 96 LEd 2d 557-568, - - 557-563 "FACTS", 563-568 AND LINK-V-WABASH R. Co.: (1962): 8 LEd 2d 734-741, 734-736 "FACTS" - 736-741.

FRCP. RULE. 26(f)(1)(2)(3)(4)(5) "GENERAL PROVISIONS GOVERNING DISCOVERY", DISCOVERY CONFERENCE", PURSUANT TO, FRCP. 37(b)(2)(B), (C), (D) SANCTIONS

[7]

IMPOSED FOR VIOLATIONS. * * * * * * "MOTIONS FOR SANCTIONS, MOTION FOR DEFAULT" AGAINST DEFENDANTS, FRCP. RULES. 11, 26(g), 37(b), 55(b)(2). PERKINSON-V-HOOLIHAN'S : D.C. Dist. Colo. 1985 : - - - - 108 FRD 667-686, 667 "FACTS", 667-686

* * * * * * [A] REVIEW OF, FRCP. RULE. 26 et. seq., IS WARRANTED, HERBERT-V-LANDO: 60 Led 2d 115-135, 115-121 - "SUMMARY", 121-135. ALSO UNITED STATES-V-PROCTER & GAMBLE Co. : - - - - 2 Led 2d 1077-1086, 1077-1079 "FACTS", 1079-1086 AND HICKMAN-V-TAYLOR :(1947): 91 Led 451-470, 451-455 FACTS + - - ARGUMENTS, 455-464 ANNOTED 91 Led 467-470 (CIVIL MATTERS)

* * * * * * "ADDITIONAL DISCOVERY, DEPOSITIONS MOTIONS, MATTERS" IN ACCORDANCE WITH "SCOPE OF EXAMINATION", "ORDER AND EXAMINATION" PURSUANT To, FRCP. RULES. 27(a)(3), 30(b), 34, 35 AND 28 U.S.C.A. § 1291, MARTIN-V-REYNOLDS METALS CORP: - - - 297 F2d 49-57 (9TH CIR. 1961) 49-51 "FACTS", 123-124 ; ALSO, PETITION OF INGERSOLL-RAND Co.: - - - - 35 FRD 122-124, 122-123 "FACTS", 123-124 "REHEARING GRANTED", 35 FRD 568 AND IN ACCORDANCE WITH, FRCP. RULE. 26, 33, 34. 28 U.S.C.A. HICKMAN-V-TAYLOR: U.S. Pa. 1947 : 91 Led 467-470

[8]

"USE OF TESTIMONY", EVIDENCE", DEPOSITIONS - OTHER ACTIONS BETWEEN DIFFERENT PARTIES" MATTER MUST BE REVIEWED,

GRANT BROS. CONST. V- UNITED STATES : U.S. ARIZ. 1914 : -- - 232 U.S. 647-665, 647-656 "FACTS-ARGUMENT", 656-665 IN WHICH ARE APART OF PRETRIAL PROCESS AND PROCEDURES, YEATON-V-FRY : 9 U.S. 335-343, 335-341 "FACTS", - 341 -343   AND

MARINE INS. CO. OF ALEXANDRIA - V- HODGSON : U.S. Dist. Col. 1810 : - 6 CRANCH 206 - 221, 206 -217 "FACTS- ARG+", 217-221 PURSUANT TO, FRCP. RULES. 26, 33, 34 . 28 U.S.C.A.

[T]HE, MATTER OF, "FAILURE TO APPEAR OR TESTIFY ALSO DEFENDANT'S PRE - TRIAL MOTION TO STRIKE OR DISMISS THE COMPLAINT, "PRECLUSION OF EVIDENCE" AND "DEFAULT JUDGMENT" MUST BE REVIEWED AND ADDRESSED , PURSUANT TO, FRCP. RULES. 26(b), 33 , 34 , 35(b) , 2 - 36, 37(b)(2)(iii),

SHER-V- DE HAVEN : DIST. OF. Colo. 1952 : 199 F. 2d 777 -782 , - - 777 - 779 "FACTS", 779 -782

"ORDER COMPELLING ANSWER", DEFENDANTS MUST RESPOND TO JUDGES COURT ORDER PURSUANT TO, FRCP. RULES. 8, 12 (e), (26, 26-37), 30(b), 37(a), O'DONNELL -V- BREUNINGER : DC. D.C. 1949 : — — - - 9 F.R.D. 245 -248, 245-246 "FACTS", 246 -248 .,

[9]

IN ACCORDANCE WITH, FRCP. RULES. 1 et. seq.., 26(b)(d).
-(2), 30(d), 37 WHICH INCLUDES "REASONABLE
EXPENSES", INCURRED IN OBTAINING THIS ORDER,
INCLUDING REASONABLE ATTORNEY'S FEES,
BANCO NACIONAL De CREDITO EJIDAL, J.A. V. BANK OF
 AMERICA NAT. TRUST: (U.S. DIST. COURT. N.D. CAL, S.D. 1951):-
- 11 F.R.D. 497-500, 497-498 "FACTS", 498-500 AND PURSUANT
TO, FRCP. RULES. 37(a), 28 U.S.C.A. AND
U.S. DIST. CT. RULES DC. LOCAL RULE. 4(b), PLANTIFF IS
PRO SE IN THE ENCLOSED "ACTION",
KEOGH-V-PEARSON: 35 F.R.D. 20-24, 20-21 "FACTS", 21-24


****** "PAYMENT OF EXPENSES", "ATTORNEY FEES
PAYMENT OF ARE ONE OF THE MAJOR REASON FOR
PLANTIFF'S MOTION FOR ATTORNEY'S FEES AGAINST
DEFENDANTS FOR "NOT RESPONDING",
11 F.R.D. 497-500, 497-498 "FACTS", 498-500 PURSUANT TO,
FRCP. RULES. 1 et. seq.., 26(b)(d)(2), 30(d), 37 WHICH
INCLUDES "REASONABLE EXPENSES" ~~INCURRED~~ INCURRED
IN OBTAINING THIS ORDER, INCLUDING "REASONABLE
ATTORNEY'S FEES" AND IN ACCORDANCE WITH,
FRCP. RULES. 26(b)(1), 30(c), 37(a)(4) "ATTORNEY'S FEES
AND COSTS" IS MANDATED,
91 FRD. 277-280, 277-278 "FACTS", 278-280

"CONTEMPT", FOR FAILURE ANSWER CERTAIN DISCOVERY QUESTIONS AND SANCTIONS OF DEFAULT BEING ENTERED PURSUANT TO, U.S. FED. CONST. AMEND 5, FRCP. RULES. 26(b)(1), 37(b), 55(b)(2), 69, 28 U.S.C.A. BAKER-V-LIMBER: 647 F.2d 912-920, 912-914 "FACTS", 914-920

FINALLY, "DOCUMENTS, EXAMINATION INVOLVING", PLAINTIFFS EXHIBITS HAVE BEEN PRESENTED TO THE COURT, AND ENHANCES THE ALLEGATIONS AGAINST THE DEFENDANTS., HOFFMAN-V-PALMER: 129 F.2d 976 AFF'D 87 LEd 645-653, 645-648 "FACTS", 648-653 •, DREW-V-INTERNATIONAL BROTH OF SULPHATE AND PAPER - MILL WORKERS: U.S. DIST. Ct., DIST. OF Cd. 1965: - - - - - 37 F.R.D. 446-450, 446-447 "FACTS", 447-450 ALSO HICKMAN-V-TAYLOR: U.S. Pa. 1947: 91 LEd 451-470, 451-455 "FACTS - - ARGUMENTS", 455-464 ANNOTED 91 LEd 467-470 AND

BECAUSE THE DOCUMENTS ARE EXHIBITS, THEY MUST BE REVIEWED, WADE-V-LE ROY: 15 LEd 813-816, 813-815 "FACTS-ARG.", 815-816 "EVIDENCE", UNITED STATES-V-RUMELY: U.S. DIST. COL. 1953: - - - 345 U.S. 41-48, 41-42 "FACTS", 42-48 . DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT .

I, JOHN T. PICKERING - GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
DECLARE UNDER THE PAINS AND PENALTIES OF
PERJURY THAT THE FOREGOING ENCLOSED MATTER
IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE AND RECOLLECTION,
ON THIS, 11TH MONTH, 23RD DAY, 2009TH YEAR.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FED. ADOPT.) John R. Daley Jr.

JOHN T. PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

CC/FILE

DATED: 11/23/2007

J.T.P-G (FED. ADOPT.) J.R.D, JR.

[12]

CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOAN R. DALEY, JR., PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR), OF, 11TH MONTH, 23RD DAY, 2007TH YEAR. "DID" (MAIL/SERVE) THE ENCLOSED MATTER IN REGARDS TO, "OPPOSITION, OBJECTION" TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT, PURSUANT TO LOCAL RULE. 7 ⊕ FRCP. RULE. 56(e), DATED: 11/15/2007; CIV. ACT. No. 07-1303 (RJL)

(T)0 THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS CLERK, NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED" TO THEE ADMINISTRATIONS, DEPARTMENTS ENCLOSED ON PAGES:- 1, 2, 3. OF THIS MATTER, ******* BECAUSE OF PLAINTIFFS "INDIGENCY," U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 DUE PROCESS + GARUNTEED DUE PROCESS, ORTWEIN-V-SCHWAB: - - - -35 Led 2d 834-837 ; BODDIE-V-CONNECTICUT : 401 U.S. 371 CONFORMED TO, 329 F. SUPP. 844, PRO SE PARTY RECORD FOR EACH PARTY, (BY HAND/BY REGULAR MAIL).

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (Fed. Adopt.) John R- Daley, Jr.*

JOHN T. PICKERING-GEORGE (FED. ADOPT.) John R. DALEY, JR

PRO SE /2726 DECATUR AVE. APT. #3

BRONX N.Y. 10458

CC/FILE

DATED: 11/23/2007

J.T. P-G. (Fed. Adopt.) J.R.D, JR.

[13]

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 28]

[MAILED OUT ON: 11/23/2007]

TO: COURTS CLERK NANCY MAYER WHITTINGTON

TO: THE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001



LEGAL MAIL

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. #3
BRONX N.Y. 10458

[NUMBER OF PAGES: 28]

[MAILED OUT ON: 11/23/2007]

TO: ATTORNEY GENERAL OF UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON D.C. 20530.

LEGAL MAIL



From: John T. Pickering-George
(Federally Adopted) John R. Daley, Jr.

Pro _SE_

2726 Decatur Ave. Apt. #3

Bronx N.Y. 10458

[Number of Pages: 34]

[Mailed out on: 12/26/2007]

LEGAL MAIL



To: Courts Clerk, Nancy Mayer Whittington
To: The U.S. District Court
For The District Of Columbia
333 Constitution Avenue, N.W.
Washington, DC. 20001

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
Pro. SE.
2026 DECATUR AVE. APT. #3
BRONX NY. 10458

NUMBER OF PAGES: 34 ]

MAILED OUT ON: 12/26/2007 ]

TO: THE. ATTORNEY GENERAL
U.S. DEPARTMENT OF UNITED STATES
950 PENNSYLVANIA OF JUSTICE,
WASHINGTON, DC. 20530 AVENUE, N.W.



From: John T. Pickering - George
(Federally Adopted) John R. Daley, Jr.

PRO SE

2726 Decatur Ave. Apt. #3

Bronx   N.Y.   10458

[NUMBER OF PAGES: 34 ]

[MAILED OUT ON: 12/26/2007]

LEGAL MAIL

To: Leila I. Wassom
PARALEGAL SPECIALIST
OFFICE OF CHIEF COUNSEL
DRUG ENFORCEMENT ADMINISTRATION (DEA)
WASHINGTON, DC. 20537

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DULEY, JR.

PRO SE

2926 DECATUR AVE. APT. #3
BRONX, N.Y. 10458

MAILED OUT ON: 12/26/2007

[ NUMBER OF PAGES: 34 ]

LEGAL MAIL

TO: UNITED STATES ATTORNEY,
JEFFEREY A. TAYLOR, DC. BAR # 498610
ASSISTANT U.S. ATTORNEY
RUDOLPH CONTRERAS, DC. BAR # 434122

AND
BENTON G. PETERSON, BAR # 1029849
JUDICIARY CENTER BUILDING
555 4TH STREET, N.W. CIVIL
WASHINGTON, DC. 20530 DIVISION

# EXHIBIT: A

TO: THE, REGISTRATION UNIT,

DRUG ENFORCEMENT ADMINISTRATION,

DEPARTMENT OF JUSTICE,

POST OFFICE BOX 28083,

CENTRAL STATION, WASHINGTON, DC. 20005

RE: "SPECIAL INSTRUCTIONS APPLICATIONS"
21 CFR § 1301.03

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
PRO SE (PLAINTIFF/PETITIONER-APPELLANT)
18 HINESDALE LANE
WILLINGBORO, NJ. 08046

DATE: 9/27/2006

[1]

Now Comes, THE Enclosed named

APPLICANT, John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.

In Motion of Request, In Regards To

Special Instructions Applications, Pursuant

To, 21 CFR § 1301.03. Applicant Is In

Request, Pursuant To, 21 CFR § 1307.3,

21 CFR §§ 1301.31, 1301.33, 1312.28, 1301.41,

-1301.42. [I]n Accordance With Thee,

Code Of Federal Regulations, (Applicant,

Plaintiff/Petitioner-Appellant) Awaits. [A] Rapid

Response By Said Administration.

RESPECTFULLY SUBMITTED

John T. Pickering-George (FED. ADOPT.) John R. Daley Jr.

John T. Pickering George (FED. ADOPT.) John R. Daley Jr.

[2]

I, John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE ENCLOSED MATTER IS TRUE AND CORRECT TO THE BEST OF MY RECOLLECTION. ON THIS, 9TH MONTH, 27TH DAY, 2006TH YEAR.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.

PRO SE

CC/FILE

DATED: 9/27/2006

J.T.P-G. d/b/a J.R.D.Jr.

18 HINESDALE LANE

WILLINGBORO, N.J. 08046

[3]

<u>CERTIFICATE OF SERVICE</u>

I, JOHN T. Pickering-George (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
HEREBY CERTIFY THAT THIS DAY [A] TRUE
COPY OF THE ENTITLED WITHIN, DOCUMENTS, (WAS/WERE)
SERVED To THE, REGISTRATION UNIT, DRUG
ENFORCEMENT ADMINISTRATION, DEPARTMENT OF JUSTICE,
POST OFFICE BOX 28083, CENTRAL STATION,
WASHINGTON, DC. 20005. ON THIS, <u>9TH</u> MONTH,
<u>27TH</u> DAY, <u>2006TH</u> YEAR. THE, (APPLICANTS / PLANTIFFS/
PETITIONER ~ APPELLANTS) RECORDS FOR EACH PARTY BY
MAIL / BY HAND / BY REGULAR MAIL.

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.
JOHN T. Pickering-George (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
cc/FILE
DATED: 9/27/2006          PRO SE
J.T.P-G (ADPTD) J.R.D,JR    18 HINESDALE LANE
                          WILLINGBORO, NJ. 08046

[4]

FROM: JOHN T. PICKERING-GEORGE
(KNOWN) JOHN K. DALEY-JR
18. HINESDALE LANE
WILLINGBORO NJ. 08046

LEGAL
MAIL

TO THE REGISTRY OF
DRUG ENFORCE
DEPARTMENT OF JUSTICE
POST OFFICE BOX #1393
CENTRAL STATION WASHINGTON, D.C. 20005

POSTAGE OF PAGES: 5-1

[ENCLOSE DOCUMENT AND STATEMENT]

[5]

# EXHIBIT: B

TO: THE U.S. DISTRICT COURT,                    DATE: 3/28/2007

FOR THE DISTRICT OF COLUMBIA

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, DC. 20001


TO: COURTS CLERK, NANCY MAYER WHITTINGTON


RE: FAILURE TO RESPOND, TO PETITIONERS' PETITION FOR,

"SPECIAL INSTRUCTION", ADDRESSED TO THE DRUG ENFORCEMENT

ADMINISTRATION CHEMICAL OPERATIONS SECTION OFFICE OF

DIVERSON CONTROL WASHINGTON, DC. 20537., VIOLATION

OF, 21 CFR § 1309.03, 5 U.S.C.A. § 552(a)(4)(E),

28 U.S.C.A. §§ 2412, 2414, U.S. FEDERAL Const. Art. I, § 8, cl. 1,

U.S. FEDERAL Const. Art. I, § 9, cl. 7.


RANSMITT TO: THE DRUG ENFORCEMENT ADMINISTRATION CHEMICAL OPERATIONS

SECTION OFFICE OF DIVERSON CONTROL,

WASHINGTON, DC. 20537


TRANSMITT TO: U.S. DEPARTMENT OF JUSTICE

ATTORNEY GENERAL

950 PENNSYLVANIA AVE., N.W.

WASHINGTON, DC. 20530.


[NUMBER OF PAGES: 8]

[1]

TRANSMITT TO: DEPARTMENT OF TREASURY

AND THE TORT BRANCH, CIVIL DIVISION

1500 PENNSYLVANIA AVE. N.W.

WASHINGTON, D.C. 20220


FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR.

PRO SE

2726 DECATUR AVE. APT. #3

BRONX, NY 10458


[N]OW HERE COMES, (PLAINTIFF-PETITIONER),
JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
(D.O.O -12/23/63), UNITED STATES VIRGIN ISLANDS, CHARLOTTE
AMALIE, ST. THOMAS, U.S. FEDERAL CONST. AMENDT. 5, 14.1,5,
GARUNTEED DUE PROCESS OF [A] CITIZEN, AND PRO SE AND
"MOTIONS" TO THE COURT, IN REGARDS TO, GOVERNMENT NOT
RESPONDING TO, (PLAINTIFF-PETITIONER) PETITION


FOR "SPECIAL INSTRUCTIONS", IN ACCORDANCE WITH,
21 CFR § .1309.03, IN VIOLATION OF,
U.S. FEDERAL CONST. AMENDTS. 1,5, 14.1,5.,......
U.S. FEDERAL CONST. ART. I, § 8, Cl.1.,........,
U.S. FEDERAL CONST. ART. I, § 9, Cl.7., 5 U.S.C.A. § 552(a)(4)(E),
28 U.S.C.A. §§ 2412, 2414.

[2]

\*\*\*\*\*\*\* [P]URSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14. 45.,
GOVERNMENT SHALL NOT ABRIDE OR SUPPRESS SPEECH, AND
THE PRESS, LIBERTY IN TREST, "DUE PROCESS, GARUNTEED
DUE PROCESS", "CONSTITUTIONAL RIGHTS", SUPPRESSION OF
SPEECH, PRESS, REGULATION MUST BE NARROWLY TAILORED
TO SERVE SIGNIFICANT GOVERNMENTAL INTEREST AND
LEAVE OPEN AMPLE ALTERNATIVE FOR COMMUNICATION
OF INFORMATION, 21 CFR § 1309.03 "CODE OF FEDERAL
REGULATIONS"

U.S. FEDERAL CONST. AMENDT. 1., 28 U.S.C.A. §§ 1331, 1367(a).,
18 U.S.C.A. §§ 241, 242 "UNDER COLOR OF LAW".,
5 U.S.C.A. § 552 (a)(4)(E) (FOIA) FREEDOM OF INFORMATION ACT.
(PLAINTIFF-PETITIONER) "DID NOT", RECEIVE ANY RESPONSE (120 DAYS)
HAVE PAST AFTER "FILING" THE REQUEST FOR, "SPECIAL
INSTRUCTIONS", 21 CFR § 1309.03., 5 U.S.C.A. § 552(a)(4)(E) -
-(FOIA) FREEDOM OF INFORMATION ACT., NEVER RECEIVED
ANY "RESPONSE STATUS", \*\*\*\*\*\*\* ........
CROOKER -V- UNITED STATES DEPT. OF TREASURY: - - -
663 F.2d 140 (1980) 141-142, PRO SE PLAINTIFF-PETITIONER.
"MOTIONS" FOR "ATTORNEY FEES" FOR FAILURE TO RESPOND,
FOR THE SUM OF, $ 75,000 "SEVENTY FIVE THOUSAND
DOLLARS",

[3]

****** "MANDATED", BECAUSE "THE FEDERAL GOVERNMENT AND ITS AGENCIES" ARE NOT IMMUNE FROM SUIT PURSUANT TO, U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5., U.S.C.A. CONST. AMENDS., . . . . . LYNCH V. UNITED STATES: 292 U.S. 571-589, 571-572 "INDEX", CONCLUSION: 589

AND, SABRI V. UNITED STATES: 541 U.S. 600-610, 600-602, 602-610, CONCLUSION: 608-610, U.S. FEDERAL CONST. ART. I, §8, cl. 1., U.S. FEDERAL CONST. ART. I, §8, cl. 18., U.S.C.A. CONST. AMEND. ART.

****** "PUBLIC MONEYS", U.S. FEDERAL CONST. ART. I, §8, cl. 1., "APPROPRIATIONS CLAUSE", U.S. FEDERAL CONST. ART. I, §9, cl. 7., U.S.C.A. CONST. AMEND. ART. AND 28 U.S.C.A. §§ 2412, 2414. [B]Y NOT RESPONDING, IN REGARDS TO [A] PETITIONERS, PETITION TO THEE, BUREAU OF ALCOHOL, TOBACO FIREARMS AND EXPLOSIVES, (BATFE), ILLINIOS V. ABBITT + ASSOCIATES, - INC: 75 L Ed 2d 281-923, 281-282 "SUMMARY" APPLIES TO SUIT AGAINST OTHER OFFICIALS, . . . .

NATHAN V. ATTORNEY GENERAL OF UNITED STATES: - - - 557 F. SUPP. 1186 (1983) AT # 1187-1190, CONCLUSION: 1190 - - 1191, ATTORNEY GENERAL REFUSAL TO INVESTIGATE, TO FORCE, ATTORNEY GENERAL TO CARRY OUT HIS STATUTORY DUTIES IN GOVERNMENT ACT. . . . . . .

[4]

"ETHICS IN GOVERNTAL ACTS", .....
IN RE CERTAIN COMPLAINS UNDER INVESTIGATION : ---
783 F2d 1488, 1505-1515, 1515-1516 (C-A-11, 1986),
CONCLUSION : 1525-1526 .

\*\*\*\*\*\*\* THE GOVERNMENT HAS THE RESPONSIBILITY,
SPECIAL RESPONSIBILITY TO ENSURE THE INTEGRATY
OF CIVIL + CRIMINAL "PROCESS" BY LIVING UP TO THE
"CODE OF PROFESSIONAL ETHICS" AND "FAIR PLAY" AT
"ALL TIMES", "MANDATORY INJUNCTION AFFIRMATIVE
INJUNCTION, "GOVERNMENT PROPRITY CAPACITY", PURSUANT
TO, U.S. FEDERAL CONST- Art. 3, 3 1 CONGRESS SUIT
AGAINST THE STATE, U.S. FEDERAL CONST. ART. I., 3 8 cl. 18
"SWEEPING CLAUSE".

\*\*\*\*\*\*\* DENIAL OF ACCESS TO THE COURT VIOLATION.
BY NOT RESPONDING PURSUANT TO,
U.S. FEDERAL CONST. Art. 4, 3 2, cl. 1, .....
U.S. FEDERAL CONST. CONST. AMEND S. 1, 5, 14, 1, 5,
GOVERNMENT IS NOT IMMUNE FROM SUIT. "CONSTITUTIONAL
CLAIMS", ANY ACT OF CONGRESS OR ANY REGULATION
OF EXECUTIVE DEPARTMENT CONGRESS WAIVED SOVERIGN
IMMUNITY, THE FEDERAL GOVERNMENT DEFENSE, .... , ,
UNITED STATES -V- MITCHEL : 463 U.S. 206, 212-218 (1983)
AND BOWEN -V- MASSACHUSETTS : 487 U.S. 879, 891-892 .

[5]

ENCLOSING PLANTIFF-PETITIONER PRAYS FOR THE, ENCLOSED
MEMORANDUM OF LAW TO BE GRANTED AND THE
DISBURSMENT OF MONETARY DEMAND, PURSUANT TO THE
MANDATED AUTHORITY IN ACCORDANCE WITH THE
MEMORANDUM OF LAW.

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY
THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT
TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION

RESPECTFULLY SUBMITTED,

John T. Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.

CC/FILE

JOHN T. PICKERING GEORGE (FED. ADOPT.) JOHN R. DALEY, JR

DATED: 3/28/2007

PRO SE

J.T. P-G (FED. ADOPT.) J.R.D, JR.

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[6]

CERTIFICATE   OF   SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
PRO SE, HEREBY CERTIFY THAT ON THE (MONTH/DATE/YEAR),
OF, 3RD MONTH, 28TH DAY, 2007TH YEAR, "DID" (MAIL/SERVE) THE
ENCLOSED MATTER IN REGARDS TO, FAILURE TO RESPOND,
TO PLAINTIFF-PETITIONERS, PETITION FOR "SPECIAL INSTRUCTION",
ADDRESSED TO THE DRUG ENFORCEMENT ADMINISTRATION
CHEMICAL OPERATIONS SECTION OFFICE OF DIVERSON
CONTROL WASHINGTON, DC. 20537.,

[T]O THE U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA,
333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS
CLERK, NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED"
TO THEE, (DEA) CHEMICAL OPERATIONS SECTION OFFICE OF DIVERSON
CONTROL WASHINGTON, DC. 20537. AND ANY OTHER ADMINISTRATIONS,
××××××  BECAUSE OF PLAINTIFF-PETITIONERS "INDIGENCY",
U.S. FEDERAL CONST AMENDTS. 1,5, 14.1,5 DUE PROCESS + GARUNTEED
DUE PROCESS {14 §§ 1,5}, {14 § 5}, ORTWEIN-V-SCHWAB:------
-35 L Ed 2d 834-837., BODDIE-V-CONNECTICUT : 401 U.S. 371 CONFORMED
TO, 329 F. SUPP. 844. PRO SE PARTY RECORD FOR EACH PARTY, (BY HAND/BY
-REGULAR MAIL).

                                    RESPETFULLY  SUBMITTED,

                                    John T. Pickering-George (FED ADPT.) John R. Daley, Jr.
                                    PRO SE   /2726 DECATUR AVE, APT. #3
cc/FILE
DATED: 3/28/2007                    BRONX, NY. 10458
J.T. P-G. (FED ADPT.) J.R.D, JR.

                    [7]

# LEGAL MAIL

FROM: JOHN T. PICKERING-GEORGE
(FEDERALLY ADOPTED) JOHN R. DALEY, JR.
2726 DECATUR AVE. APT. # 3
BRONX N.Y. 10458

[NUMBER OF PAGES; 8]

[MAILED OUT ON; 3/28/2007]



TO: COURTS CLERK, NANCY MAYER WHITTINGTON

TO: THE, U.S. DISTRICT OF COLUMBIA
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001