TO: THE U.S. DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

U.S. COURTHOUSE

333 CONSTITUTION AVENUE, N.W.

WASHINGTON, DC. 20001

DATE: 1/2/2008

**RECEIVED**

JAN 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: COURTS CLERK,

NANCY M. MAYER-WHITTINGTON, RM 1834

AND JUDGES CHAMBERS, RICHARD J. LEON (RJL)

RE: "MANDATORY MANDAMUS GENERAL ORDER, PROPOSED ORDER"

CIVIL ACTION NO. 07-1303 (RJL)

JOHN T. PICKERING-GEORGE

PLAINTIFF,

V.

DRUG ENFORCEMENT ADMINISTRATION,

DEFENDANT.

TRANSMIT TO: ATTORNEY GENERAL OF UNITED STATES

U.S. DEPARTMENT OF JUSTICE,

950 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC. 20530

[NUMBER OF PAGES: 13]

[1]

TRANSMITT TO: U.S. ATTORNEY,

JEFFEREY A. TAYLOR, DC. BAR. #498610

ASSISTANT U.S. ATTORNEY

RUDOLPH CONTRERAS, DC. BAR. #434122

AND BENTON G. PETERSON, BAR #1029849

JUDICIARY CENTER BUILDING

555 4TH STREET, N.W. CIVIL DIVISION

WASHINGTON, DC. 20530


TRANSMITT TO: LEILA I. WASSOM

PARALEGAL SPECIALIST

OFFICES OF CHIEF COUNSEL

DRUG ENFORCEMENT ADMINISTRATION

WASHINGTON, DC. 20537


TRANSMITT TO: REGISTRATION UNIT, (DEA)..

DEPARTMENT OF JUSTICE,

P.O. BOX 28083, CENTRAL STATION,

WASHINGTON, DC. 20005


FROM: JOHN T. PICKERING-GEORGE

(FEDERALLY ADOPTED) JOHN R. DALEY, JR

PRO SE

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[2]

[N]OW HERE COMES PLAINTIFF,
JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,
PRO SE, "WITH MOTION" PURSUANT TO,
U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5  DUE PROCESS,
GARUNTEED DUE PROCESS, FRCP. RULE. 1., AND
LC VR. 15.1, "MOTIONS TO AMEND PLEADINGS".

**✱✱✱✱✱✱ [T]HE "MOTION" BY PLAINTIFF IS IN
REGARDS TO, CIVIL ACTION NO. 07-1303 (RJL),
PICKERING-GEORGE -V- (DEA) DRUG ENFORCEMENT ADMINISTRATION
PLAINTIFF MOTION FOR, MANDAMUS GENERAL ORDER,
PROPOSED ORDER" PURSUANT TO,
U.S. FEDERAL CONST. AMENDTS. 1, 5, 14.1, 5 .,
U.S. FEDERAL CONST. AMENDTS. ARTICLE. I, § 8, cl. 18.,
FEDERAL CONSTITUTION ALSO SWEEPING CLAUSE,
STATUTORY AUTHORITY PROVISIONS, IN ACCORDANCE
WITH, 28 U.S.C.A. § 1651(a)  MANDAMUS, ALL WRIT ACT.,

FRCP. RULES. 16(f)., 26 et. seq., 37., 65(d) IN
ACCORDANCE WITH MANDATED PROCESS, GENERAL PROVISIONS
GOVERNING DISCOVERY AND INJUNCTION PROCESS
FOR DISBURSMENT OF SAID DOCUMENTS IN
THE (DEA) DRUG ENFORCEMENT ADMINISTRATIONS
POSSESION, LC VR 7(a)(c)(k), STATEMENT OF POINTS
AND AUTHORITIES, PROPOSED ORDER, NAMES OF
PERSONS TO BE SERVED WITH PROPOSED ORDERS,

[3]

- -, JUDGMENTS AND STIPULATIONS.., LCVR 16.3(b)(9) IN THE MATTER OF EXEMPTED CASES., LCVR 26.2(a)(9),(d) INITIAL DISCLOSURE REQUIREMENTS, FORM OF RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION OR PRODUCTION OF DOCUMENTS AND LCVR 30.4 FORM OF RESPONSE TO INTERROGATORIES AND REQUESTS FOR ADMISSION OR PRODUCTION OF DOCUMENTS.

****** [P]URSUANT TO,
21 U.S.C.A. §§ 802(10)(16),(17)(0)., 821., 822(a)-(f)., 823.,826.,-827., 828(e) ,
DEFINED AS: "DISPENSE" TO DELIVER A CONTROLLED SUBSTANCE TO AN ULTIMATE USER., RULE AND REGULATIONS., PERSONS REQUIRED TO REGISTER., REGISTRATION REQUIREMENTS., PRODUCTION QUOTAS FOR CONTROLLED SUBSTANCES, RECORDS AND REPORTS OF REGISTRANTS., AND ORDER FORMS.

26 U.S.C.A. §§ 4702-4900,
DEFINED AS: "EXCISE TAX", CHAPTER 40. GENERAL PROVISIONS RELATING TO OCCUPATIONAL TAXES"

[4]

<u>ALSO</u> PURSUANT TO,

21 CFR §§ 1301-1301.03·, 1301.33·, 1301.34(a)

DEFINED AS: INFORMATION, SPECIAL INSTRUCTIONS FROM

THE (DEA) REGISTRATION UNIT·, APPLICATION FOR

BULK MANUFACTURE OF SCHEDULE I AND II SUBSTANCES

AND APPLICATION FOR IMPORTATION OF SCHEDULE I AND II

SUBSTANCES.


* * * * * * * [O]N THE (MONTH/DATE/YEAR) OF, 10/9/2007

AT 1:55 PM AND FILED ON 10/9/2007 THE

FOLLOWING TRANSACTION WAS ENTERED, "<u>ORDER</u>"

DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTIONS

BY 11/15/2007, SIGNED BY, U.S. DISTRICT COURT

JUDGE, RICHARD J. LEON ON 10/7/2007.


* * * * * * * [O]N THE (MONTH/DATE/YEAR) OF, 12/3/2007

AT 12:43 PM EDT AND FILED ON 12/3/2007 THE

FOLLOWING TRANSACTION WAS ENTERED, "<u>ORDER</u>"

ADVISING PLAINTIFF TO RESPOND OR COURT MAY

DEEM MATTER AS CONCEDED RE: MOTION FOR

SUMMARY JUDGMENT FILED BY CHEMICAL OPERATIONS,

DEA, REGISTRATION UNIT, (DEA/DOJ), RESPONSES

DUE BY 1/4/2008 SIGNED BY,

U.S. DISTRICT COURT JUDGE, RICHARD J. LEON ON

11/30/2007.


[5]

\*\*\*\*\*\*\* PLAINTIFF, RESPONDED TO, JUDGES ORDER DATED, 10/9/2007, TITLED "OPPOSITION, OBJECTION" TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT PURSUANT TO, LOCAL RULE. 7 AND FRCP. RULE. 56(e), DATED: 11/23/2007  28 PAGES TOTAL MAILED OUT ON, 11/23/2007. [P]LANTIFF AGAIN RESPONDED TO JUDGES "ORDER" DATED: 12/3/2007, ADVISING PLAINTIFF TO RESPOND, DATED: 11/23/2007, PROOF OF SERVICE DATED: 12/26/2007 (34) PAGES TOTAL.

SAID MANDAMUS IS MANDATED, PLAINTIFFS MOTION FOR SUMMARY JUDGMENT IN REGARDS TO ATTORNEYS FEE, BECAUSE OF DEFENDANTS FAILURE TO RESPOND TO PLAINTIFF'S APPLICATION FOR DISPENSE, TO DELIVER A CONTROLLED SUBSTANCE TO AN ULTIMATE USER, MANDAMUS IS IN REFERRENCE TO, DEFENDANTS FORWARDING ALL DOCUMENTS TO PLAINTIFF, FOR THE PLAINTIFF'S PROCESS OF REGISTRATION TO DISPENSE, AND EXCISE TAX RELATING TO OCCUPATIONAL TAXES, WITHOUT SAID FORMS AND INSTRUCTIONS PLAINTIFF'S PROCESS FOR REGISTRATION WILL BE IN ABAYANCE.

\*\*\*\*\*\*\* "ODER COMPELLING PRODUCTION" OF SAID DOCUMENTS, FORMS, APPLICATIONS, DEFENDANTS MUST RESPOND IN ACCORDANCE WITH THE ENCLOSED "MOTION".

[6]

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
DECLARE UNDER THE PAIRS AND PENALTIES OF
PERJURY THAT THE FOREGOING ENCLOSED MATTER
IS TRUE AND CORRECT TO THE BEST OF
MY KNOWLEDGE AND RECOLLECTION,
ON THIS, 1ST MONTH, 2ND DAY, 2008TH YEAR.

RESPECTFULLY   SUBMITTED,

John T. Pickering-George (FED ADOPT) John R. Daley Jr

JOHN T. PICKERING-GEORGE (FED ADOPT) JOHN R. DALEY, JR.

PRO SE

2726   DECATUR   AVE. APT. #3

BRONX   N.Y.  10458

CC/FILE

DATED: 1/2/2008

J.T.P-G (FED ADOPT.) J-R-D, JR.

[7]

# CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.,

PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR),

OF, 1ST MONTH, 2ND DAY, 2008TH YEAR. "DID" (MAIL/SERVE) THE

ENCLOSED MATTER IN REGARDS TO, CIV. ACT. No. 07-1303 (RJL)

"MANDATORY MANDAMUS GENERAL ORDER, PROPOSED ORDER"

[T]o THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA,

333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS

CLERK, NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED"

TO THEE ADMINISTRATIONS, DEPARTMENTS ENCLOSED ON PAGES:

- 1, 2 OF THIS MATTER, * * * * * * BECAUSE OF PLAINTIFFS

"INDIGENCY", U.S. FEDERAL CONST. AMENDTS. 1, 5, 14, 1, 5 DUE PROCESS

+ GARUNTEED DUE PROCESS, ORTWEIN-V-SCHWAB: - - -

- 35 L Ed 2d 834-837., BODDIE-V-CONNECTICUT: 401 U.S. 371

CONFORMED TO, 329 F. SUPP. 844. PRO SE PARTY RECORD FOR EACH

PARTY, (BY HAND/BY REGULAR MAIL).

RESPECTFULLY SUBMITTED,

*John T. Pickering-George (FED ADOPT) John R. Daley Jr.*

JOHN T. PICKERING-GEORGE (FED ADOPT) JOHN R. DALEY, JR.

PRO SE

CC/FILE

DATED: 1/2/2008

J.T.P.G. (FED ADOPT) J.R.D.JR

2726 DECATUR AVE. APT. #3

BRONX NY. 10458

[8]