UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **JOHN T. PICKERING-GEORGE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-1303 (RJL) |
| **REGISTRATION UNIT, DEA/DOJ** *et al.*, | ) |
| **Defendants.** | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 13th day of May 2008,

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 9] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion to amend [Dkt. No. 13] is **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge