FORM 1. (APPENDIX OF FORMS)
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC. 20001

FILE NUMBER, CIV. Act. No. 07-1303 (RJL) )

JOHN T. PICKERING-GEORGE
    (PLAINTIFF,)
V.                                                    ) NOTICE OF APPEAL
REGISTRATION UNIT, DEA/DOJ et al.,
    (DEFENDANTS.)

RECEIVED
JUL 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[N]OW HERE COMES, (PLAINTIFF-APPELLANT), PRO SE AND "MOTIONS" IN ACCORDANCE WITH, NOTICE OF APPEAL, [N]OTICE IS HEREBY GIVEN THAT, ("PLAINTIFF") IN THE ABOVE NAMED CASE, HEREBY APPEAL TO THE,
UNITED STATES COURT OF APPEALS FOR THE, DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, DC. 20001-2866 (FROM AN ORDER)(MEMORANDUM) CLAIMING PRO SE PLAINTIFF,

SUES THE "REGISTRATION UNIT" OF DEPARTMENT OF JUSTICE'S DRUG ENFORCEMENT ADMINISTRATION (DEA) FOR VIOLATING (MY/HIS) RIGHTS PURSUANT TO, FREEDOM OF INFORMATION ACT ("FOIA"), 5 U.S.C. § 552(a)(4)(E), AND FEDERAL CONSTITUTION. AND 21 CFR § 1301.03 CODE OF FEDERAL REGULATION. "FAILURE TO RESPOND". PLAINTIFF SEEKS $75,000 "DETERRANT", IN MONETARY DAMAGES. DEFENDANT DOJ MOVED FOR SUMMARY JUDGMENT, FRCP. RULE. 56(c), COURT GRANTED THEIR MOTION, FRCP. RULE. 52(a).

[4]

ORDER, FILED MAY 19, 2008. ENTERED IN THIS ACTION ON, THE, 13TH DAY OF MAY, 2008., ORDERED THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKt. No. 9] IS GRANTED; FURTHER ORDERERED THAT PLAINTIFF'S MOTION TO AMEND, [DKt. No. 13] IS DENIED; AND FURTHER ORDERED THAT JUDGMENT IS ENTERED FOR DEFENDANTS. FINAL APPEALABLE ORDER.

\*\*\*\*\*\*\* [T]HE APPEAL IS TAKEN AS OF RIGHT, PURSUANT TO, 28 U.S.C. §§ 1291, 1295(a)(2)., 28 U.S.C.A. (PLAINTIFF-APPELLANT) ALSO "MOTION" TO PROCEED WITHOUT THE FEES AND COSTS TO BE CHARGED AND COLLECTED IN EACH,

U.S. COURT OF APPEALS, FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001-2866, IN ACCORDANCE WITH, 28 U.S.C. § 1913.

[U]PON THE REVIEW OF THE, "GENERAL DOCKET", ALSO COMPLETE RECORD WHICH INCLUDES, "PRETRIAL TRANSCRIPTS" PROCEEDINGS" AND SCREENING, 28 U.S.C. § 1915A(a)(b) IT WILL FIRMLY PROVIDE FOR RE-AFFIRMANCE THAT (PLAINTIFF-APPELLANT), DID APPEAL THE, U.S. DISTRICT COURT DECISSION IN TIMELY MATTER PURSUANT TO, 28 U.S.C. §§ 1291, 2107(a)(b) "30 DAYS" MAY 13, 2008. [A]LTHOUGH THE 60 DAY, APPEAL APPLIES, BECAUSE THE UNITED STATES OR ANY FEDERAL

ADMINISTRATION, AGENCY, DEPARTMENT, OFFICE, OFFICER, OR EMPLOYEE IS A PARTY. \*\*\*\*\*\*\* SEE: "MOTION FOR ABAYANCE," "LEGAL EXCUSE", DATED: 6/23/2008, (11) ELEVEN PAGES TOTAL. PROVIDED LEGAL EXCUSE FOR LATE APPEAL. FILED IN SAID COURT WITH COURTS CLERK, NANCY MAYER WHITTINGTON. "TRANSMITTED" TO ALL ADMINISTRATIONS, FRCP. RULE. 4(d)(4), 28 U.S.C.A. ALSO, "CODE OF FEDERAL REGULATIONS"
HANNA-V-PLUMER: 14 L.ed 2d 731-756, 735-737 "INDEX", 737-756

[5]

[T]HE, "EXTENDED MOTION" BY (PLAINTIFF-APPELLANT) APPLIES TO THE FEDERAL RULES OF APPEALS RULES. 3(a)(1) ALSO 4(a)(1)(A)(B) APPEAL AS OF RIGHT AND FILING THE NOTICE. (PLAINTIFF-APPELLANT) AGAIN MOTIONS TO SAID COURT, FOR THEE, "COMPOSITION OF THE RECORD ON APPEAL AND "THE TRANSCRIPTS OF PROCEEDINGS" IN ACCORDANCE WITH, F.R. APP. PROC. RULE. 10(a)(1)(2)(3),(b)(1)(A)(i)-(iii) [F]ORWARDING THE RECORD, ARE APART OF THE DUTIES OF REPORTER AND DISTRICT CLERK TO FORWARD [A] COMPLETE RECORD, PURSUANT TO, F.R. APP. PROC. RULE. 11(a)(b)(1)(A)-(D),(2). THE "MOTION" IS IN ACCORDANCE WITH, FEDERAL CONSTITUTION AUTHORITY, "MANDATED" PURSUANT TO, U.S. FED. CONST. AMENDTS. 1, 5, 14, 15 GARUNTEED DUE PROCESS.

* * * * * * * [T]HE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, ORDER, GRANTING THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT PURSUANT TO, FRCP. RULE. 56(c), PLAINTIFF'S "OPPOSITION OBJECTION", TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT PURSUANT TO, LOCAL RULE. 7 AND FRCP. RULE. 56(e), DATED: 11/15/2007., PLAINTIFF OPPOSITION DATED: 11/23/2007 WAS NOT REVIEWED BY U.S. DISTRICT COURT JUDGE., FRCP. RULES. 52(a)., 60. SUMMARY JUDGMENT, ATTORNEY FEES, COUNSEL FEES, COSTS, LEGAL REPRESENTATIVE FEES ARE WARRANTED FOR PLAINTIFF.

PURSUANT TO, 5 U.S.C. § 552(a)(4)(E), BECAUSE OF THE, "CLEARLY ERRONEOUS FINDINGS OF COURT OR JURY", WEISBERG -V- U.S. DEPT. OF JUSTICE: C.A. D.C. 1984: 745 F.2d 1476-1500., 1476-1478 "FACTS", 1484-1494, 1494-1500., 240 U.S. APP. D.C. 339., CROOKER -V- UNITED STATES DEPT. OF TREASURY: 663 F.2d 140 (1980) 141-142., AND, COX -V- U.S. DEPT. OF JUSTICE: C.A. D.C. 1979: 601 F.2d 1-7, 1-3 "FACTS" NONE OF THE GOVERNMENTS CASE LAW HAS OVERRULED THE ABOVE CASE LAWS FOR THE PLAINTIFF.

[6]

\*\*\*\*\*\* EVIDENCE PRESENTED BY PLAINTIFF IS MANDATED FOR SUMMARY JUDGMENT, EXHIBIT: <u>A</u>, DATED: 9/27/2006., <u>PRO SE</u> INDIGENT MAIL, PURSUANT TO. FRCP. RULE. 4 et. seq., "<u>PROCESS</u>" OF SERVING LEGAL ENVELOPE TO DEFENDANTS PROOF OF SERVICE IS, [A] PHOTO COPYING SELF STAMPED ADDRESSED ENVELOPE TO DEFENDANTS.

GUNNING -V- COOLEY: U.S. DIST. COL. 1930: <u>281 U.S. 90-98</u>, 90-91 #'s 1-3, 6 "FACTS", 91-98, MATTER OF EVIDENCE AND WEIGHT OF EVIDENCE"., BEST -V- DISTRICT OF COL. 1934: <u>291 U.S. 411-420</u>, 411-413 "FACTS", 413-420 BROAD RANGE OF, "CONFLICTING EVIDENCE" AND,........ WEIGHTMAN -V- CORPORATION OF WASHINGTON: U.S. DIST. COL.: --- <u>66 U.S. 39-53</u>, <u>39-45 "FACTS"</u>, <u>45-53</u>.

\*\*\*\*\*\* DOCUMENTS, EXAMINATION INVOLVING, PLAINTIFF EXHIBITS WERE PRESENTED TO THE COURT, WHICH SHOULD HAVE ENHANCED PROVEN ALLEGATIONS AGAINST DEFENDANTS, FAILURE TO RESPOND", CLAIMING THEY NEVE RECEIVED ANY SUCH REQUEST FROM PLAINTIFF", 21 CFR § 1301.03,.
HOFFMAN -V- PALMER: <u>129 F.2d 976</u> AFF'D <u>87 L.Ed 645-653</u>, 645-648 "FACTS", 648-653., DREW -V- INTERNATIONAL BROTH OF SULPHATE AND PAPER -MILL WORKERS: U.S. DIST. CT. DIST. OF COL. 1965: <u>37 F.R.D. 446-450</u>, - 446-447 "FACTS", 447-450., "BECAUSE DOCUMENTS ARE EXHIBITS THEY MUST BE REVIEWED", WADE -V- LE ROY: <u>15 L.Ed 813-816</u>, - 813-815 "FACTS-ARG", 815-816, "EVIDENCE".,
UNITED STATES -V- RUMELY: U.S. DIST. COL. 1953: <u>345 U.S. 41-48</u>, 41-42 "FACTS", 42-48.

\*\*\*\*\*\* "MEMORANDUM OPINION", DATED: 5/13/2008, BY U.S. DISTRICT JUDGE, RICHARD J. LEON, CLAIMING FOIA's "COMPREHENSIVE SCHEME" PROVIDES EXCLUSIVE REMEDY OF AN INJUNCTION, OF WITHOLDING OF AGENCY RECORDS, (Pg #1) IS A ERRONEOUS FINDING, FRCP. RULE. 52(a), PUBLIC RECORDS ARE NOT TO BE WITHHELD, PURSUANT TO, 21 CFR § 1301.03.,........

[7]

.., U.S. FEDERAL Const. AMEND+. 1 .., 5 U.S.C. § 552 et seq. FREEDOM OF INFORMATION Act (FOIA) ALSO PURSUANT TO, 21 U.S.C. §§ 802(10)(16), (17)(0), 811, 812 ., ...
. . . 21 U.S.C. §§ 821, 822(a)-(f), 823, 826-828(e) AND 26 U.S.C. §§ 4702-4900 "EXCISE TAX", CHAPTER 40. GENERAL PROVISIONS RELATING TO OCCUPATIONAL TAXES", [A]GENCY IS NOT EXEMPT FROM DISCLOSURE, PURSUANT TO, 5 USC. § 552(b)(7)(C), F.B.I -V- ABRAMSON: U.S. Dist. Col.; 72 L.ed 2d 376-390, 376-380 "FACTS", - 380-390, "REMANDED FOR FURTHER PROCEEDINGS CONSISTENT WITH OPINION".

****** THE, "LEGAL STANDARD" .OF MEMORANDUM OPINION, (Pgs #2-3), DATED: 5/13/2008 IN REGARDS TO, "SUMMARY JUDGMENT". FRCP. RULE. 56(c), CITING CASELAWS LIKE, LONG-V-U.S. DEPT. OF JUSTICE: - 450 F. Supp.2d 42, 54 (D.D.C. 2006), FRCP. RULE. 52(a), THE SAID CASELAW CITED READ IN IT ENTIRETY SHED MORE LIGHT AND CONCLUSION OF DIVIDED ATTORNEY FEE'S, LONG-V-U.S. DEP'T. OF JUSTICE: 450 F. SUPP. 2d 42-87, CONCLUSION: 86-87.
PLAINTIFF'S "OPPOSITION, OBJECTION" TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO, LOCAL RULE. 7 AND FRCP. RULE. 56(e) DATED: 11/23/2007, (Pg's #3-6) NOT ONLY DEFINED, FRCP. RULE. 56(e), IT DEFINED THE CONSTRUCTION OF, RULE. 56. ALONG WITH, UNITED STATES SUPREME COURT DECISIONS.

****** [A] DECISION THAT FAILS TO CONSIDER, U.S. SUPREME COURT PRECEDENT, "FOUNDATION PRECEDENTS", "THAT HAVE NOT BEEN OVERRULED" DOES NOT CONTROL THE COURTS DETERMINATION, .. ... FRCP. RULES. 52(a), 56(a)(d)(f)(g).

****** AS STATED PRIOR, IN REGARDS TO "PROPER REQUEST", IN WHICH WAS MADE BY PLAINTIFF, FRCP. RULE. 4 et. seq., "PROCESS" PRO SE INDIGENT MAIL, PROOF OF SERVICE IS, [A] PHOTO COPYING SELF ADDRESSED ENVELOPE TO DEFENDANTS. AGENCY CLAIMING THEY NEVER RECEIVE SUCH REQUEST JUSTIFYING NOT RESPONDING,

[8]

... 5 U.S.C. § 552(a)(6)(A)(i), PLAINTIFF'S PROOF OF SERVICE WITH SWORN DECLARATION IS WITH MASSAVE MERIT. EXHIBIT: A, DATED: 9/27/2006, (Pg's #1-5).

\*\*\*\*\*\*\* "THE, ANALYSIS", OF MEMORANDUM OPINION, DATED: 5/13/2008, (Pg's #3-4), ALLEGING (DEA) DOCUMENTS SEARCH OF ITS COMPUTER FILES CONDUCTED OF AUGUST 24, 2007. DURING THE COURSE OF THIS LITIGATION, FAILED TO LOCATE A (FOIA) REQUEST FROM PLAINTIFF. PLAINTIFF'S EXHIBIT: B, DATED: 3/28/2007 PROVIDED REASON FOR ATTORNEY FEE'S FOR FAILURE TO RESPOND..
\*\*\*\*\*\*\* [A], "MANDATORY MANDAMUS GENERAL ORDER, PROPOSED ORDER" WAS SERVED TO SAID, U.S. DISTRICT COURT CLERK, DURING THE COARSE OF THE LITIGATION., PLAINTIFF'S MANDAMUS REQUEST, DATED: 1/2/2008,

IN WHICH IS AN, "ADMINISTRATIVE LAW PROCEDURE", TO START THE PROCESS OF, APPLICATION FOR DISPENSE, TO DELIVER [A] CONTROLLED SUBSTANCE TO AN ULTIMATE USER. MANDAMUS IS IN REFERRENCE TO DEFENDANTS, AGENCY FORWARDING ALL DOCUMENTS, "ORDER COMPELLING PRODUCTION TO PLAINTIFF". OPINION OF JUDGE STATES, THE REGISTRATION UNIT, DRUG ENFORCEMENT ADMINISTRATION, DEPARTMENT OF JUSTICE, POST OFFICE BOX 28083, CENTRAL STATION, WASHINGTON, D.C. 20005, IS NOT LISTED IN THE CONTROLLING (DOJ) REGULATION AS ONE TO WHICH (FOIA) REQUEST TO DEA SHOULD BE SENT, FRCP. RULE. 52(a), TITLE: 21 OF (CFR), CODE OF FEDERAL REGULATIONS PROVIDES SUCH ADDRESS, AND MANDAMUS ENHANCED THE "TRANSMITTANCE" TO THE (DEA) ADMINISTRATION. CHANEY-V-U.S. DIST. COURT FOR DIST. OF COLUMBIA: - - - - 159 L.Ed.2d 459-485, 459-472 FACTS-ARGT-SYLLABUS, 472-485., MATHEW-V-ELDRIDGE: 47 L.Ed.2d. 843-874, 843-847 INTRO: INDEX §§ 4,6[a][b], - -852-854, 855-856., RENEGOTIATION Bd.-V-BANNERCRAFT CLOTHING Co. INC.: - -39 L.Ed 2d. 123-141, 123-127 "FACTS", 128-141, CONCLUSION: 140-141., DELANO-V-ROCHE: 391 F.SUPP. 2d 79-89, 89.C. ANALYSIS, CONCLUSION: 89., AND MALCOLM-V-RENO: 129 F.SUPP. 2d. 1-13, 1-2 "FACTS", 8-12.

[9]

IN REGARDS TO, FRCP. RULE. 12(b)(6) 28 U.S.C.A., "EXCEPTIONS" OF ADMINISTRATIVE LAW AND PROCEDURE, MANDAMUS REMEDY FOR MOTION FOR DECLARATORY INJUNTIVE RELIEF JUDGMENT. PLAINTIFF HAS ESTABLISHED THE, "JUDICIAL RELIEF AGAINST ADMINISTRATIVE ACTION", SWIFT + CO. -V- UNITED STATES: U.S. APP. DC. 1928: - -276 U.S. 311-332, 311-318 "FACTS", 318-332., WILLY -V- COASTAL CORP. :- 117 LEd 2d 280-290, 280-285 "SUMMARY", 285-290. ENHANCING, MANDATING [A] VACATE, REVERSE AND REMAND OF SAID, U.S. DISTRICT COURT JUDGE, MEMORANDUM OPINION, DATED: 5/13/2008., FILED: 5/19/2008

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR.., DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING ENCLOSED IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION, ON THIS, 7TH MONTH, 17TH DAY, 2008TH YEAR.

RESPECTFULLY SUBMITTED,

*John Pickering-George (FEDERALLY ADOPTED) John R. Daley, Jr.*

JOHN PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX. NY. 10458

CC/FILE
DATED: 7/17/2008
J.T.P-G (FED. ADOPT.) J.R.D, JR.

## CERTIFICATE OF SERVICE

I, JOHN T. PICKERING-GEORGE (FEDERALLY ADOPTED) JOHN R. DALEY, JR., PRO SE, HEREBY CERTIFY THAT ON THE, (MONTH/DATE/YEAR), OF 7TH MONTH, 17TH DAY, 2008TH YEAR, "DID" (MAIL/SERVE) THE ENCLOSED MATTER, "FILING", NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT" CIVIL ACTION NO. 07-1303 (RJL), PICKERING-GEORGE -V- REGISTRATION UNIT, DEA/DOJ et. al.

TO THE, U.S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, DC. 20001, COURTS CLERK, NANCY MAYER WHITTINGTON AND TO BE "TRANSMITTED" TO ALL ADMINISTRATION, AGENCY, DEPARTMENT, DIVISIONS, ******* BECAUSE OF, PLANTIFFS-APPELLANTS "INDIGENCY", DUE PROCESS AND GARUNTEED DUE PROCESS, ORTWEIN-V-SCHWAB: 35 Led.2d 834-837. THE, PRO SE PARTY RECORD FOR EACH PARTY, (BY HAND/BY REGULAR MAIL).

CC/FILE
DATED: 7/17/2008
J.T.P-G (Fed. Adopt.) J.R.D, JR.

RESPECTFULLY SUBMITTED,

~~John Pickering-George~~ (Fed. Adopt.) John R. Daley, Jr.
JOHN PICKERING-GEORGE (FED. ADOPT.) JOHN R. DALEY, JR.
PRO SE
2726 DECATUR AVE. APT. #3
BRONX NY. 10458

[11]

From: John T. Pickering-George
(Federally Adopted) John R. Daley, Jr.
2726 Decatur Ave., Apt. #3
Bronx N.Y. 10458

[Number of pages: 12]

Mailed out on: 7/25/2008

LEGAL MAIL



To: Court Clerk, Nancy Mayer Whittington

To: The, U.S. District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC. 20001

TO: THE, U.S. DISTRICT COURT,　　　　　　　　　　　　　DATE: 7/17/2008
　　FOR THE DISTRICT OF COLUMBIA
　　U.S. COURTHOUSE
　　333 CONSTITUTION AVENUE, N.W.
　　WASHINGTON, DC. 20001

TO: COURTS CLERK, NANCY MAYER WHITTINGTON., "PROCESS" -
　　TRANSMITT TO, ALL U.S. DEPARTMENT OF JUSTICE DIVISIONS
　　ENCLOSED, (Pgs: 1-3). 18 U.S.C. §§ 241, 242, 1503, 1512., -...
　　18 U.S.C. §§ 401, 3553, 3584(a)(b)., U.S.S.G. §§ 2J1.1., 2J1.2., 2X2.1
　　U.S.-V- BARR: 295 F. SUPP. 889-892, 889-890 "FACTS", 890-892.

RE: "FILING", NOTICE OF APPEAL TO A COURT OF APPEALS FROM
　　A JUDGMENT OR ORDER OF A DISTRICT COURT
　　(CIVIL ACTION No. 07-1303 (RJL)

TRANSMITT TO: U.S. COURT OF APPEALS
　　　　　　　　DISTRICT OF COLUMBIA
　　　　　　　　333 CONSTITUTION AVENUE, N.W
　　　　　　　　WASHINGTON, DC. 20001-2866

　　TO: COURTS CLERK, MARK J. LANGER

TRANSMITT TO: ATTORNEY GENERAL OF UNITED STATES
　　　　　　　　U.S. DEPARTMENT OF JUSTICE
　　　　　　　　950 PENNSYLVANIA AVENUE, N.W.
　　　　　　　　WASHINGTON, DC. 20530

[NUMBER OF PAGES: 12]

[1]

TRANSMITT TO: OFFICE OF THE EXECUTIVE DIRECTOR
CHARLES H. SCHNEIDER, ROOM: 426
DEPUTY EXECUTIVE DIRECTOR
SONNA L. STAPONE, ROOM: 418
600 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, DC. 20580

TRANSMITT TO: OFFICE OF THE INSPECTOR GENERAL
U.S. DEPARTMENT OF JUSTICE
INVESTIGATIONS DIVISION
950 PENNSYLVANIA AVENUE, N.W.
ROOM: 4706
WASHINGTON, DC. 20530

TRANSMITT TO: FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING,
935 PENNSYLVANIA AVENUE, N.W.
ROOM: 7176, "PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE"
WASHINGTON, DC. 20535-0001

TRANSMITT TO: U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
ASSISTANT ATTORNEY GENERAL, THOMAS O. BARNETT
"CIVIL DIVISION"
950 PENNSYLVANIA AVE., N.W.
ROOM: 3141
WASHINGTON, DC. 20530

"CIVIL RIGHTS DIVISION"
950 PENNSYLVANIA AVE., N.W.
ROOM: 3623, "SERVICE ENFORCEMENT OF FEDERAL CIVIL RIGHTS"
WASHINGTON, DC. 20530

[2]

TRANSMITT TO: DEPARTMENT OF THE TREASURY
     1500 PENNSYLVANIA AVE. N.W.,
  GENERAL COUNSEL: ROBERT HOYT, SUITE: 3000
  WASHINGTON, DC. 20220

TRANSMITT TO: OFFICE OF GOVERNMENT ETHICS
     1201 NEW YORK AVENUE, N.W.
     SUITE: 500
     WASHINGTON, DC. 20005-3917

     TO: DEPUTY GENERAL COUNSEL
     DEBRA A. CARR, ROOM: 620

TRANSMITT TO: COURT OF FEDERAL CLAIMS
     717 MADISON PLACE,
     N.W. WASHINGTON, DC. 20005

TRANSMITT TO: U.S. ATTORNEY OFFICE,
     CIVIL + CRIMINAL DIVISION
     555 4TH STREET, N.W.
     WASHINGTON, DC. 20530

     FROM: JOHN T. PICKERING-GEORGE
     (FEDERALLY ADOPTED) JOHN R. DALEY, JR.
     PRO SE
     2726 DECATUR AVE. APT. #3
     BRONX N.Y. 10458

[3]